# EXHIBIT A



# Nordic 1 of 2 adjective

Nor·dic ˈnȯr-dik

1 : of or relating to the Germanic peoples of northern Europe and especially of Scandinavia

2 : of or relating to a group or physical type characterized by tall stature, long head, light skin and hair, and blue eyes

3 a : of or relating to competitive ski events involving cross-country racing, ski jumping, or biathlon

→ compare ALPINE

b : of, relating to, or being cross-country skiing

# Nordic 2 of 2 noun

1 : a native of northern Europe

2 : a person of Nordic physical type

3 : a member of the peoples of Scandinavia

## Examples of *Nordic* in a Sentence

## Recent Examples on the Web



– Tamara Keith, *NPR*, 29 July 2025

Still, the state's high school sports season in 2025 saw another transgender athlete for North Yarmouth Academy compete against girls in **Nordic** skiing and track and field.
– Jackson Thompson, *FOXNews.com*, 28 July 2025

## Noun

The topic of reaching out and finding audiences will be one of the issues at the various panels to be held as part of Haugesund's New **Nordic** Films market, running Aug. 19-22.
– Annika Pham, *Variety*, 30 July 2025

Both Girl, 1983 and Unquiet were nominated for Northern Europe's most prestigious literary award, the **Nordic** Council Literature Prize, and were bestsellers throughout Scandinavia.
– *Literary Hub*, 25 July 2025

See All Example Sentences for *Nordic* →

## Word History

### Etymology

#### Adjective

French *nordique*, from *nord* north, from Old French *north*, from Old English

### First Known Use

#### Adjective



## Time Traveler

**The first known use of *Nordic* was in 1824**

See more words from the same year

## Browse Nearby Words

Nordhausen acid            **Nordic**              Nordic combined

See All Nearby Words >

## Articles Related to *Nordic*

**Etymologies for Every Day of the Week**
The sun, the moon, four gods, and a goddess.

**Hygge**
A quality of coziness and contentment



"Nordic." *Merriam-Webster.com Dictionary*, Merriam-Webster, https://www.merriam-webster.com/dictionary/Nordic. Accessed 8 Aug. 2025.

Copy Citation

Share

 

Last Updated: 1 Aug 2025 - Updated example sentences

## Love words? Need even more definitions?

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

**MERRIAM-WEBSTER UNABRIDGED**



Dictionary

Thesaurus

Can you solve 4 words at once?

Play

**WORD OF THE DAY**

winsome

See Definitions and Examples »

Get Word of the Day daily email!

Your email addre    SUBSCRIBE

## Popular





