# EXHIBIT B





### Hydrotherapy

### Massage

BOOK NOW

BOOK NOW

UNWIND & RECHARGE AT
Alyeska Resort

SIGNATURE PROMOTIONS
Deals·Packages

LEARN MORE

LEARN MORE



WELLNESS, REDEFINED

## Modern Alpine Sanctuary

Set within the jaw-dropping scenery of the Chugach mountains on the grounds of Alyeska Resort, Alaska's newest nordic spa awaits. This unique spa experience invites you to enjoy the benefits of hydrotherapy as you take some time to disconnect- to reconnect.

Move between hot and cold pools surrounded by the stunning northernmost rainforest. Rest in saunas and steam rooms,  and complete your experience at the exfoliation cabin.

Revel in a relaxing moment without pretence, connected to nature.



EMBRACE THE ALASKAN ELEMENTS

Disconnect To Reconnect

SPA FACILITIES

## Hydrotherapy Access

Hot and cold pools form a vital part of the rejuvenating therapy cycle. Included in your hydrotherapy pass is access to all the indoor/ outdoor amenities of our 50,000 sq. ft. facility.

**Please note that this is an 18+ facility.** *No re-entry allowed. You may book Hydrotherapy Access and Massage reservations two months in advance.*

MORE INFO ›





## Find Us On Socials

@ANORDICSPA



## Stay in Touch

NAME

EMAIL

SUBSCRIBE

## Quick Links

Careers
Donation Requests

## For Guests

Frequently Asked Questions
My Account
Gift Card Account
Community Agreements

## Contact

CONTACT US  ›

## Business Hours

Hydrotherapy Access
10:00 AM – 9:00 PM

Massage Therapy
8:45 AM-7:45 PM

Bistro Hours
11:00 AM – 8:00 PM

## Getting Here

DIRECTIONS TO THE SPA  ›

**Visit our sister spa in Kananaskis**
KANANASKIS NORDIC SPA  ›

COPYRIGHT © ALYESKA NORDIC SPA. ALL RIGHTS RESERVED. CALGARY WEB DESIGN © JYZ DESIGN INC.

PRIVACY POLICY    LEGAL DISCLAIMER



(/)

NORDIC SAUNAS IN NORTH AMERICA

# Our lives are stressful, sauna changes that.

**DULUTH (HTTPS://BOOK.PEEK.COM/S/CA332E54-E065-4B19-86F1-DA0FD8913716/PX2PB?GACLIENTID=1071558658.1753371911&GASESSIONID=1754696039)**

**MINNEAPOLIS (HTTPS://CEDARANDSTONESAUNA.COM/MINNEAPOLIS/)**

# We are on a mission to host 1 million people for sauna to build more resilient lives by 2033.



BOOK NOW (HTTPS://BOOK.PEEK.COM/S/CA332E54-E065-4B19-86F1-DA0FD8913716/PX2PB?GACLIENTID=1071558658.1753371911&GASESSIONID=1754696039)

8/8/25, 7:46 PM
Case 2:25-cv-05713-JAK-PVC     Document 21-1     Filed 08/11/25     Page 8 of 82   Page
Cedar and Stone, Nordic Sauna in Duluth, Minnesota
ID #:487



# custom built saunas

## FOR A WELL BUILT LIFE

### BUILD YOURS
### (HTTPS://CEDARANDSTONESAUNA.COM/BUILD/)

SHOP FOR

# sauna products

### SEE STORE
### (HTTPS://CEDARANDSTONESAUNA.COM/SHOP)

8/8/25, 7:46 PM
Case 2:25-cv-05713-JAK-PVC    Document 21-1    Filed 08/11/25    Page 9 of 82    Page
Cedar and Stone Nordic Sauna in Duluth, Minnesota
ID #:188





8/8/25, 7:46 PM    Case 2:25-cv-05713-JAK-PVC    Document 21-1    Filed 08/11/25    Page 11 of 82    Page
Cedar and Stone Nordic Sauna in Duluth, Minnesota
ID #:190

# life doesn't need to be hurried.

Work, relationships, life in general is busy and often stressful. We all
experience some form of anxiety each day. The best way we've found to
relieve stress is this: the Nordic sauna.

Let us guide you through the simple practice of hot, cold, rest, rehydrate,
repeat. So that you can live better, healthier lives.

### JOIN US
### (HTTPS://CEDARANDSTONESAUNA.COM/EXPERIENCE/)

# How sauna has changed our home.

### LEARN MORE
### (/BUILD)



# Reviving the tradition, together.

Duluth has 100+ years of community sauna tradition. Be a part of reviving this tradition on the shores of Lake Superior.

## Follow along with our Sauna Adventures

**CEDAR & STONE ON YOUTUBE**                                                    ▾

ELEVATED APARTMENT LIVING WITH MODERN OUTDOOR SAU…    8:04

FLOATING A SAUNA ACROSS A LAKE? // LAKE MINNETONKA, …    8:04

UNBOXING WIFI SAUNA STOVES // HUUM SAUNA FOR YOUR …    10:24

THE MODERN BACKYARD SAUNA // COZY STRESS RELIEF AT …    10:37

THE MOBILE SAUNA ROAD TRIP // DID WE MAKE IT FROM DU…    10:57

BOOK NOW
(HTTPS://BOOK.PEEK.COM/S/CA332E54-E065-4B19-86F1-DA0FD8913716/PX2PB?
GACLIENTID=1071558658.1753371911&GASESSIONID=1754696039)

8/8/25, 7:46 PM
Case 2:25-cv-05713-JAK-PVC    Document 21-1    Filed 06/11/25    Page 13 of 82   Page
ID #:192
Cedar and Stone- Nordic Sauna in Duluth, Minnesota

**SUBSCRIBE ON YOUTUBE
(HTTPS://WWW.YOUTUBE.COM/CHANNEL/UCRJRMHMAJJSJ2B5-
0U9IYKQ)**

**Duluth Sauna Experience:**

800 W. Railroad St. Duluth, MN 55802

Hours: Thursday-Monday 9am-9pm

**Design Studio & Manufacturing:**

1325 N 59th Ave W Duluth, MN 55807

Hours: Monday-Friday 9am-5pm

office@cedarandstonesauna.com

218.451.2183

## CONTACT US (/CONTACT)

## CEDAR AND STONE

About Us (https://cedarandstonesauna.com/about/our-team/)

Contact us (https://cedarandstonesauna.com/contact/)

Service Request (https://cedarandstonesauna.com/about/maintenance-request-form/)

Careers (https://cedarandstonesauna.com/about/opportunities/)

FAQs (https://cedarandstonesauna.com/about/faqs/)

Model Form (https://cedarandstonesauna.com/about/model-request-form/)

SMS Messaging Opt-In (https://cedarandstonesauna.com/about/text-messaging-opt-in/)

## BUILD (/BUILD)

Custom Built Saunas (https://cedarandstonesauna.com/build/)

Shop (http://cedarandstonesauna.com/shop)

HUUM Sauna Stoves (https://cedarandstonesauna.com/huum/)

Build Gallery (http://cedarandstonesauna.com/buildgallery)

Model 3 (https://cedarandstonesauna.com/build/model-3/)

Model 5 (https://cedarandstonesauna.com/build/model-5/)

Model 8 (https://cedarandstonesauna.com/build/model-8/)

Bespoke (https://cedarandstonesauna.com/build/bespoke/)

## EXPERIENCE (/EXPERIENCE)

Duluth (https://cedarandstonesauna.com/experience/duluth/)

Minneapolis (https://cedarandstonesauna.com/minneapolis/)

(HTTPS://WWW.FACEBOOK.COM/PAGES/CATEGORY/SHOPPING--RETAIL/CEDAR-AND-STONE-NORDIC-SAUNA-SHOP-NOW-
FACEBOOK?345B19-86F1-DA0FD8913716/PX2PB?
FAGLIENFID=1071558659.1753337191)&GASESSIONID=1754696039)

8/8/25, 7:46 PM
Case 2:25-cv-05713-JAK-PVC    Document 21-1    Filed 06/11/25    Page 14 of 82   Page
ID #:193
Cedar and Stone Nordic Sauna in Duluth, Minnesota

## SHOP (HTTP://CEDARANDSTONESAUNA.COM/SHOP)

Modern Sauna Products (https://cedarandstonesauna.com/shop)

HUUM Sauna Stoves (https://cedar-and-stone-nordic-sauna.myshopify.com/collections/huum-1)

## LEARN

Wellness Benefits (https://cedarandstonesauna.com/category/wellness-benefits/)

Webinars (https://cedarandstonesauna.com/category/webinars/)

Uncategorized (https://cedarandstonesauna.com/category/uncategorized/)

Sauna history (https://cedarandstonesauna.com/category/sauna-history/)

Sauna Culture (https://cedarandstonesauna.com/category/sauna-culture/)

Projects (https://cedarandstonesauna.com/category/projects/)

Podcast (https://cedarandstonesauna.com/category/podcast/)

Our Partners (https://cedarandstonesauna.com/category/our-partners/)

How to sauna (https://cedarandstonesauna.com/category/how-to-sauna/)

Forest Bathing (https://cedarandstonesauna.com/category/forest-bathing/)

Cold Therapy (https://cedarandstonesauna.com/category/cold-therapy/)

Business Ownership (https://cedarandstonesauna.com/category/business-ownership/)

Build (https://cedarandstonesauna.com/category/build/)

## FOLLOW ALONG

Instagram (https://www.instagram.com/cedarandstonesauna/)

Facebook (https://www.facebook.com/CedarandStoneNordicSauna)

Youtube (https://www.youtube.com/channel/UCrjRmHmAjJSJ2B5-0U9iyKQ)

BOOK NOW
(HTTPS://BOOK.PEEK.COM/S/CA332E54-E065-4B19-86F1-DA0FD8913716/PX2PB?
GACLIENTID=1071558658.1753371911&GASESSIONID=1754696039)



Gift Cards Available HERE!

Home   Book Now   Memberships   Events   About

# Drip Membership

The more you sweat, the more you save! **Explore membership options + packages.**

LEARN MORE



# Drip Membership

The more you sweat, the more you save! **Explore membership options + packages.**

LEARN MORE



# Drip Membership

The more you sweat, the more you save! **Explore membership options + packages.**

**LEARN MORE**



## Drip Membership

The more you sweat, the more you save! **Explore membership options + packages.**

**LEARN MORE**

First Name

Last Name

Email Address



# Drip Membership

The more you sweat, the more you save! **Explore membership options + packages.**

**LEARN MORE**



Memberships    Facilities    FAQ    After Dark    More ⌄    Join Now

Play Video



NOW ACCEPTING HSA/FSA AT CHECKOUT

Save on your Löyly Nordic Spa membership this year by using your HSA/FSA to reimburse your membership fees

LEARN MORE ↗



Memberships    Facilities    FAQ    After Dark    More ⌄    Join Now

Expertly crafted and meticulously calibrated, our grand sauna accommodates up to 60 guests for an unparalleled wellness experience.

See all Facilities    View Memberships

World Class Amenities

We've designed every element of our space to ...juvenating Nordic wellness experience

NOW ACCEPTING HSA/FSA AT CHECKOUT

Save on your Löyly Nordic Spa membership this year by using your HSA/FSA to reimburse your membership fees

LEARN MORE ↗



Memberships    Facilities    FAQ    After Dark    More ⌄    Join Now




**NOW ACCEPTING HSA/FSA AT CHECKOUT**

Save on your Löyly Nordic Spa membership this year by using your HSA/FSA to reimburse your membership fees



LEARN MORE ↗

Memberships      Facilities      FAQ      After Dark      More ⌄                    Join Now

**NOW ACCEPTING HSA/FSA AT CHECKOUT**

Save on your Löyly Nordic Spa membership this year by using your HSA/FSA to reimburse your membership fees





Memberships      Facilities      FAQ      After Dark      More ⌄                    Join Now

# Qualify to save ~30% by paying with HSA/FSA

How it Works



Start Evaluation

**NOW ACCEPTING HSA/FSA AT CHECKOUT** ⊗

Save on your Löyly Nordic Spa membership this year by using your HSA/FSA to reimburse your membership fees

LEARN MORE ↗



NOW ACCEPTING HSA/FSA AT CHECKOUT

Save on your Lōyly Nordic Spa membership this year by using your HSA/FSA to reimburse your membership fees

LEARN MORE ↗



NOW ACCEPTING HSA/FSA AT CHECKOUT

Save on your Löyly Nordic Spa membership this year by using your HSA/FSA to reimburse your membership fees

LEARN MORE ↗



Summer Day Passes, Mud Masks, Float Pod Experiences, Season Passes

BUY NOW



## What is a Nordic Spa?

A spa experience designed to rejuvenate your body and mind using hot and cold water exposure, followed by a relaxation period.

For best results it is suggested to repeat the cycle 3 times.

LEARN MORE    VIEW RATES    BUY NOW



Case 2:25-cv-05713-JAK-PVC    Document 21-1    Filed 08/11/25    Page 31 of 82    Page
ID #:210

Nordic Spa at Mount Bohemia























6532 Gay Lac La Belle Rd
Mohawk, MI 49950

RESERVATIONS

**906-360-7240**



© 2025 MB Nordic Spa. All rights reserved

IGHT
AUNA

Home    Book your seat    Packages & Gift Cards    Special Events & Curated Sessions    More



# Rest, Reset, & Recover

Find connection and community in sauna

**Book your seat**

### Now Offering

# Fire Cupping

Experience the grounding and therapeutic effects of traditional fire cupping in this focused 20-minute session. Using glass cups and intentional massage techniques, this treatment supports circulation, muscle release, and deep relaxation.

Come sauna at 5pm, 6:15pm, or 7:30pm and we will decompress you with a cupping treatment as an add on after your sauna. $20 cash or venmo.

What to Wear:
This service is performed fully clothed or in swimwear, so please come prepared in something that makes

Case 2:25-cv-05713-JAK-PVC    Document 21-1    Filed 08/11/25    Page 37 of 82    Page ID #:216



access to your back and shoulders comfortable in a public setting.

Offered o... | 0 | Checkout ↗

Book your sauna session using the link below and sign up for fire cupping in person.

Book Now

# Fostering sisu. Cultivating community.







### Discover the mental and physical benefits of sauna

### Enhance your connection to your community and to yourself

### Happy hour, remixed.

Lasting relaxation and stress relief
Reduction in depressive symptoms
Boosted mood
Increased cardiorespiratory function
Boosted immune system response
Improved sleep
Lowered inflammation
Lowered risk of cardiovascular disease, dementia, alzheimers, and stroke
Lowered all-cause mortality

Thomas Hübl (renowned author and teacher) describes three basic spiritual rights: the right to be, to become, and to belong. The sauna is a uniquely capable holding space, where one can come and be who they are as they are, encounter a centered place within themselves to become who they intend to be, and find belonging as part of something larger than its tangible space.

Sober curious? Or perhaps looking to mix up social hour and discover a new form of entertainment for Friday and Saturday nights? Come experience the social atmosphere of community sauna and leave having made new friends, connected deeper with existing friends, and simply had a great time while also knowing you will continue to feel good the next day.

Book your seat

## Get the Latest News to Your Inbox

Be the first to know about new sauna sessions, upcoming events, community
partnerships, and the Nordic Night journey.

Enter your email here *

| | Sign Up |



# Developing
# our ethos

### 1 / We are authentic

We define authentic sauna as the experience of being in a
sauna that has been thoughtfully constructed to include all the
necessary elements of a good sauna. Our sauna is powered by
a high quality, clean combustion, wood fired Finnish stove.
The stove includes 450lbs of stone to facilitate a soft heat and
powerful steam.  The interior is almost entirely cedar, creating
an incredible aroma. Every detail was thoughtfully considered
to create a visually captivating space that adheres to all of the

necessary elements of high quality construction, ventilation, and steam.

Beyond the sauna itself, we commit to always providing an authentic atmosphere. We are people serving people, and our presence will always be genuine. Our founder, Nicole, also holds a clinical doctorate in physical therapy, and with a background in trauma informed and family centered care, the experience, marketing, and any information you encounter will never be gimmicky or an attempt to over-sell. We provide high quality community sauna and its benefits are significant and vast, supported both by research and tradition. We feel no need to over-inflate.

## 2 / We are community focused

We want to bring people together, entertain and excite. Facilitate a different way of being. Contribute in some way, large or small, to the hard work of healing. We carry with the business model an awareness of individual and collective trauma and the often frazzled approach to the American lifestyle. We want to create a space where people can be who they are as they are, align more fully to who they want to become, and belong in a community of the shared experience of sauna.

## 3 / We are experience cultivators.

Our authentic sauna will always adhere to the principles listed above (quality build, heat, steam), but the experience of sauna takes many forms. We beg you to experience sauna with us more than once, because each encounter is unique. We look to curate a wide variety of experiences and are always open to exploring new pairings and partnerships.

8/8/25, 7:46 PM    Case 2:25-cv-05713-JAK-PVC    Document 21-1    Filed 08/11/25    Page 40 of 82    Page
ID #:219
Nordic Night Consulting | sauna | public sauna | Stevens Point | Stevens Point, WI, USA



# Ask Us Anything



Name

Email

Subject

Type your message here...

Submit

## Find us at

### 1027 Union Street, Stevens Point, WI

Call us at (715) 489-5361

Powered and secured by Wix

Book Now



(/home)

A SCANDINAVIAN-INSPIRED COLD PLUNGE + SAUNA SOCIAL KLUB

LOCATION                                    EXPERIENCE

Denmark x St. Pete                          Nordic Traditions

(/contact)                                  (/the-experience)

RITUAL                                      SOCIAL

Cold Plunge + Sauna                         Ig(https://www.instagram.com/nordicspaklub/)

(/about-nsk)                                (https://www.facebook.com/people/Nordic-Spa-
                                            Klub/61559889660320/?
                                    F       mibextid=LQQJ4d&rdid=tJsknq2bBqtIxzSE&share_url
                                    b       =https%3A%2F%2Fwww.facebook.com%2Fshare%2F
                                            WUQwNMKcPhQbiLDB%2F%3Fmibextid%3DLQQJ4d)

❄ NORDIC SPA KLUB
(/home)

WELCOME TO

# ST. PETE'S NORDIC SOCIAL EXPERIENCE

Coming to St. Petersburg from Denmark, we immediately realized a need to reconnect with our Nordic Traditions. In Scandinavia, it's a normal practice to jump in the ocean and sauna when you wake up, on your lunch break, or after a long day to reconnect with yourself and with nature. It's an activity that is enjoyed by everyone and one you can enjoy with anyone – not just yourself. We are excited to bring our tradition and culture to a space where people can enjoy and indulge in the thousand year old traditions of the beautiful Nordic countries.

LEARN MORE
(/ABOUT-NSK)

---

WHAT TO EXPECT

# JOIN THE KLUB: IMMERSE YOURSELF IN NORDIC TRADITIONS

Nordic Spa Klub is bringing the Nordic Tradition of Cold Plunging and Sauna to the St. Petersburg area. You will immediately be met with a sense of calm and the beautiful Scandinavian aesthetic of warmth, cleanliness, and nature. A place where you can immerse yourself in a tradition that is rooted in reconnecting with nature, with friends, and with yourself. A place where you will immediately feel the worries and weight of our daily world being melted away by natures offering of water and heat. Offering a space where you can 'be' and enjoy yourself and your time alone, with friends, or new friends you may meet at our space – whether you are plunging, in our sauna's, relaxing in our lounging ares or cafe. You will feel re-connected and inspired after spending time with us.

BOOK AN EXPERIENCE
(/PRICING)

## 1,000 $^+$

YEARS OF TRADITION

## 100 %

SCANDINAVIAN INSPIRED

1

NORDIC SPA KLUB









☀ NORDIC SPA KLUB

(/home)

STAY IN THE KNOW

# SUBSCRIBE TO OUR NEWSLETTER

| Email | SUBSCRIBE |

502 28th Street S, Unit 100, St. Petersburg, FL 33712(https://maps.app.goo.gl/N5uNKSpGoq9p52Sv8)

727.955.3988(tel:727-955-3988)

contact@nordicspaklub.com(mailto:contact@nordicspaklub.com)

Monday - Friday (Closed Wednesdays): 7am - 1pm | 3pm - 8pm

Saturday: 8am - 8pm

Sunday: 8am - 5pm



(/home)

---

LOCATION

502 28th Street S, Unit 100
St. Petersburg, FL 33712
(https://maps.app.goo.gl/N5uNKSpGoq9p5zSv8)

CONTACT

727.955.3988(tel:727-955-3988)

contact@nordicspaklub.com(mailto:contact@nordicspaklub.com)



Case 2:25-cv-05713-JAK-PVC Document 21-1 Filed 08/11/25 Page 48 of 82 Page ID #:227

(/home)

SOCIAL

Instagram(https://www.instagram.com/nordicspaklub/)

(https://www.facebook.com/people/Nordic-Spa-Klub/61559889660320/?mibextid=LQQJ4d&rdid=nYFqAWXwiR2rTjaT&share_url=https%3A%2F%2Fwww.facebook.com%2Fshare%2FWUQwNMKcPhQbiLDB%2F%3Fmibextid%3DLok

NEWSLETTER

Subscribe to our newsletter & get all the latest news.

Email

SUBSCRIBE

NORDIC
SPA KLUB





## We're Closing Our Doors — Enjoy 55% Off Before It's Over

After years of bringing Nordic wellness home, we're closing our doors. This is your last chance to own our portable sauna — once they're gone, they're gone.

Discount automatically applied at checkout (no coupon code necessary).

Buy now



### At-Home Premium Steam Sauna (FINAL CLOSING SALE!)

★★★★★ (303)

$219.99   $488.89

Shipping calculated at checkout.

ADD TO CART. FINAL SALE: NO RETURNS OR EXCHANGES.

Buy with **Shop**Pay

More payment options

4 interest-free installments, or from $19.86/mo with Shop
Check your purchasing power

☰ FULL DETAILS

## The End of Nordic Ways — Final Sale Now Live

After years of helping customers relax, detox, and recharge — we've made the hard decision to close Nordic Ways for good.

As a thank you, we're offering a final 55% off until our last

FINAL CLOSING SALE: Last Chance! While Supplies Last.


At-Home Premium Steam Saun...
$219.99   ✿ Save $268.90

 1

Add to cart $219.99

The Cozy Living Saunas USA presents our premium, at-home sauna people have raved about — at our deepest discount ever.

👉 All orders are final. No returns or exchanges.

## The Nordic Secret

For generations, locals in the Nordic region have sworn by the health-boosting power of saunas. Their untold secret: daily usage. To unlock the full health benefits from heat therapy, getting to the sauna often is necessary. That's where we come in. Our complete package has everything you need to get your sauna on in your home.

FINAL CLOSING SALE: Last Chance! While Supplies Last.



At-Home Premium Steam Saun...
$219.99    ⚙ Save $268.90

## Shop Now!

After helping thousands relax and recharge, Nordic Ways is closing. Our last remaining saunas are 55% off — until they're gone.

VIEW OUR TOP-RATED SPA

FINAL CLOSING SALE: Last Chance! While Supplies Last.



At-Home Premium Steam Saun...

$219.99    Save $268.90

## Benefits

### Relaxation

Step inside your new hot wet sauna and let your body (literally) melt stress away. Kickstart your body's production of "feel-good" hormones to put you on cloud nine. Oh! And to help you get better sleep at night

### Health

Researchers in the Nordic region agree that the more steam, the better! Step inside your new Signature Steam Spa and start sweating for these remarkable health benefits

### Detox/Beauty

The verdict is in! Use steam rooms to flush your skin from harmful waste and toxins, leaving you with glowing, healthy, and clear skin.

### Rejuvenate

Steam heat therapy is world renowned for its potent rejuvenating power. From athletes to those with auto-immune conditions and arthritis, there's a game-changing benefit for everyone.



FINAL CLOSING SALE: Last Chance! While Supplies Last.

 At-Home Premium Steam Saun...

$219.99   Save $268.90

★★★★★ 319 Reviews ⌄



**Marland W.** ✓
3/26/2025
★★★★★
Awesome love is .heats up fast .Easy to use. Highly recommend.

 At-Home Premium Steam Sauna



**Brandi C.** ✓
3/5/2024
★★★★☆
My cats like it too! The sauna arrived just as I was getting ill, it helped me heal faster, I enjoy the hot steam very much.

 At-Home Premium Steam Sauna



**Julie K.** ✓
2/19/2025
★★★★★
Love it; I feel like a QUEEN!

 At-Home Premium Steam Sauna



**Stephen D.** ✓
1/31/2025
★★★★★
It works great, I wrap a comforter around it , I feel like it makes even hotter or retains more heat. Personally I would love one slightly bigger it fits great in a cubby u set my steps in my weight room. If it was 5-6" wider and another 5-6" deeper I feel like I could stretch my legs more sitting down is my only complaint. I realize the extra size probably affects the strength of the heater to heat it. Either way a great investment I'm on my second one the first one lasted two years but was hea...

 At-Home Premium Steam Sauna



**Michael T.** ✓
11/30/2024
★★★★★
Works as advertised, easy to use. Great value !

 At-Home Premium Steam Sauna



**Ronald F.** ✓
8/7/2024
★★★★★
Best thing I have done for me. One of my friends just bought one and I'm thinking of getting a different model and giving mine to my nephew. I show pictures to a lot of people. Money well spent

 At-Home Premium Steam Sauna



**Lorenzo M.** ✓
1/17/2025
★★★★★
Man it works like champ a++ I'd recommend it to everyone

 At-Home Premium Steam Sauna



**Aaron A.** ✓
4/24/2024
★★★★★
I have had the Nordic ways steam sauna for a month now and I really love it.

 Nordic Ways Premium At-Home Signature Steam Spa








FINAL CLOSING SALE! Last Chance! While Supplies Last.

At-Home Premium Steam Saun...
$219.99  🛒 Save $268.90

Great purchase and easy set up.
The product did not disappoint
and I have been very pleased
with it so far.



Nordic Ways Premium At-
Home Signature Steam Spa

awhile to hear but it's worth the
wait. Good idea steam room at
the house wow



Nordic Ways Premium At-
Home Signature Steam Spa

the sauna exceeded my
expectations.



Nordic Ways Premium At-
Home Signature Steam Spa

**Lynda S.** ✓

4/15/2024

★★★★★

This is a steam sauna not a dry
sauna. Get it steamed up before
you get in, usually takes 10
minutes. We use the sauna three
times a week for about 20
minutes. We use distilled water.
You will get a good sweat,
detoxifying. Stay super hydrated
before and after. Be sure to wipe
the interior after your steam. We
leave a fan on after just to help
with  airing with the door open.
We love it. Highly recommend
this brand. Easy set up.





**Lynda S.** ✓

4/14/2024

★★★★★





Nordic Ways Premium At-
Home Signature Steam Spa



Nordic Ways Premium At-
Home Signature Steam Spa



**Doug M.** ✓

2/5/2024

★★★★☆

very happy with my purchase



Nordic Ways Premium At-
Home Signature Steam Spa



**Dave T.** ✓

2/8/2024

★★★★★

Love it! I find this steam sauna
helps with my allergies. Simple to
use and keep clean



Nordic Ways Premium At-
Home Signature Steam Spa





**Robert A.** ✓

2/5/2024

★★★★★

Great sauna just wish the chair
was taller, so I could get hotter
steam at the top!



Nordic Ways Premium At-
Home Signature Steam Spa



**Harold H.** ✓

1/18/2024

★★★★☆

Easy to put together, heats up in
10 minutes, big enough for
normal size person.  My only
negative is it get very hot around
shoulder and head area, i...

**Nordic Ways** replied:

Hey Harold! Thank you for taking the
time to leave such a thoughtful and
positive review! We're delighted to hear
that assembling our product was
easy...



Nordic Ways Premium At-
Home Signature Steam Spa

**George B.** ✓

12/11/2023

★★★★★

I couldn't be happier with my
Nordic Ways Steam Sauna. No
more running to the gym or the Y.
Come home do a few things then
into the sauna I go. Great for
relaxation and I sleep like a baby
after I use it. Can not recommend
enough. Thanks again



Nordic Ways Premium At-
Home Signature Steam Spa

**Jennifer B.** ✓

11/27/2023

★★★★★

Easy to assemble and move
around. It's so light weight. Love
the convenience of it and the
benefits!



Nordic Ways Premium At-
Home Signature Steam Spa

**Albert J.** ✓

11/25/2023

Follow us on Instagram

FINAL CLOSING SALE: Last Chance! While Supplies Last.

At-Home Premium Steam Saun...

$219.99   ✓ Save $268.90

Nordic Ways Premium At-Home Signature Steam Spa

Show more reviews

## Stay up to date

Promotions, new products and sales. Directly to your inbox.

SEARCH    THE POWER OF STEAM    GIFT CARD    BLOG    CONTACT    REFUND POLICY    SHIPPING POLICY    PRIVACY POLICY

TERMS OF SERVICE

### SIGN UP FOR UPDATES

Promotions, new products and sales. Directly to your inbox.

FINAL CLOSING SALE: Last Chance! While Supplies Last.



At-Home Premium Steam Saun...
$219.99    Save $268.90

Try Massage + 1 hour Nordic Circuit Combo!>>



CREATE A

at Ritual Nordic Spa in Victoria, BC

# Immerse.
# Rejuvenate.
# Repeat.

Hit pause on your busy life and relax into a new sauna experience. Enter a world of Nordic
wellness. Reemerge as your best, refreshed self.

BOOK NOW



## The Experience

What to Expect                         The Circuit

Massage                                Sip + Savor

Get ready to relax. Like the best sauna houses of Finland and Scandinavia, Ritual is friendly, informal, and
unpretentious. Featuring traditional-style cedar and basswood saunas, infrared heat saunas, a eucalyptus-
infused steam room, cold plunge pool, Nordic bucket showers, salt lounge, massage treatment options,
and outdoor relaxation patios. Modern setting makes it feel more like an athletic club than a luxury spa.
And yes, feel free to chat with friends and other guests.

BOOK NOW



**ritualnordicspa**   📷 917
Follow RITUAL Nordic Spa, Victoria BC

    



# RITUAL
### NORDIC SPA







**AS FEATURED IN**



VANCOUVER SUN

Victoria buzz

FOLKLIFE

CANADIAN Traveller

Daily Hive

CALGARY HERALD









Cool Deals for Locals

Whatever your summer plans may be, we appreciate t...



## Stay in the loop

Sign-up for updates

Your first name

Email

SIGN ME UP

Contact

989 Johnson St, #101
Victoria, BC
V8V 0E3
778-440-9009

Hours

Groups + Events

Media

Hiring

We acknowledge and give thanks to the Lekwungen People of the Songhees and Esquimalt Nations on whose territory we live and work.

© 2025 RITUAL Nordic Spa  |  Privacy Policy

River Birch Sauna | Sauna & Cold Plunge | Boone, NC

Open for business! Book your session now.    ✕

river birch  nordic sauna

About    The Experience    The Process    Reviews    FAQs    Blog    Contact    Book Now

# River Birch Nordic Sauna: A Sauna & Cold Plunge in Boone, NC

Located in the mountains of Boone, North Carolina, at The Mast Farm Inn in Valle Crucis.

Book Now

Learn More













Case 2:25-cv-05713-JAK-RVC   Document 21-1   Filed 08/11/25   Page 72 of 82   Page ID #:251



Home    Grand Marais Saunas

Floating Sauna    Massage    Wait List

FAQs    Gift Cards

Book Now



A Lakeside Nordic Sauna Experience

Grand Marais, MN

8/8/25, 7:47 PM
Case 2:25-cv-05713-JAK-RVC   Document 21-1   Filed 08/11/25   Page 73 of 82   Page ID #:252
Sisu + Löyly Nordic Sauna | Grand Marais, MN | Sauna year round on Lake Superior



## You are invited.

Treat yourself to a relaxing and rejuvenating Nordic sauna experience on the beautiful North Shore of Lake Superior. Enjoy breathtaking views from the saunas, a cozy lounge, and a serene bonfire pit area overlooking the East Bay and Artists Point. The Sisu + Löyly flagship location is in downtown Grand Marais, MN. The floating sauna is docked at Skyport Lodge during open water season. All sauna sessions are by appointment only - reserve online and enjoy!

Book Now



## Massage Now Available

Deep Tissue | Hot Stone | Relaxation | Prenatal

Book Now

The Sisu + Löyly floating sauna is the first floating sauna open to the public in the United States





## Sauna Pathways

Sauna Facility Access (2.5 hours)

Community Sauna (Local Residents)

Floating Sauna @ Skyport Lodge (Summer)

Learn More

## Hot. Cold. Rest. Repeat!

Sauna bathing is traditionally practiced in rounds.
There is value in every phase of this cycle. You are
encouraged to go at your own pace and find a balance
that works for you. Some guests may complete 3+
sauna rounds during their time on the property.
Others may opt to use the sauna for a short while and
spend the remainder of the time in the lounge or out
by the bonfire. That is absolutely okay. The time is
yours to relax and enjoy.





110 2nd Ave E

Grand Marais, MN

info@sisuandloyly.com



 DOWNLOAD BROCHURE    |    DEALER LOGIN    |    BECOME A DEALER    |    REQUEST A QUOTE    |     616-940-4036

Why Nordic    Hot Tubs ⌄    Help & Resources ⌄    FAQs    **Find A Dealer** 🌐

| LUXURY | SPORT | MODERN | CLASSIC | ALL-IN 110V | OPTIONS & ACCESSORIES |
|---|---|---|---|---|---|
| RENDEZVOUS LS | ENCORE SE | ENCORE MS | CROWN XL | RETREAT ALL-IN-110V | |
| ENCORE LS | JUBILEE SE | JUBILEE MS | WARRIOR XL | STELLA ALL-IN-110V | |
| JUBILEE LS | RETREAT SE | RETREAT MS | CROWN | D'AMOUR ALL-IN-110V | |
| | STELLA SE | STELLA MS | CROWN II | WARRIOR XL ALL-IN-110V | |
| | D'AMOUR SE | D'AMOUR MS | IMPULSE DP | CROWN ALL-IN-110V | |
| | | BELLA MS | IMPULSE | SPORT ALL-IN-110V | |

This website uses cookies to improve your browsing experience. View Privacy Policy.    Cookie settings    ACCEPT



# Encore SE

6-Person, Encore, Hot Tub, Sport Edition Series, Square

Sport Edition   6-Person   Square

Settle into your Encore SE™ and let the cares of the day drift away as you relax in swirling hot water. Recline in our No-Float™ lounger and let the Nordic Star™ jet action target your back, legs and feet to rejuvenate your body and spirit. Emerge from a hot water session in your Encore SE™ relaxed and with renewed energy! Our Encore SE™ is a haven in your backyard that you will want to go to time and again!

LEARN MORE

# Filter Search



▸ View All

## Persons

▸ 2-Person
▸ 3-Person
▸ 5-Person
▸ 6-Person
▸ 8-Person

## Shape

▸ Round
▸ Square
▸ Rectangle
▸ Rounded Rectangle
▸ Heart/Triangle

## Series

▸ Luxury
▸ Sport
▸ Modern
▸ Classic
▸ All-In 110v

This website uses cookies to improve your browsing experience. View Privacy Policy.   Cookie settings   ACCEPT



# Jubilee SE

6-Person, Hot Tub, Jubilee, Sport Edition Series, Square

Sport Edition    6-Person    Square

The Jubilee SE™ defines the standard in Affordable Luxury! Settle into the gently bucketed seats and let the swirling water lavish your neck, back and feet with luxuriant hot water therapy. Unknot muscles and relieve tension while the powerful massage relaxes your whole body and you emerge feeling brand new! Pamper yourself with Affordable Luxury in Nordic's Jubilee SE™!

LEARN MORE

This website uses cookies to improve your browsing experience. View Privacy Policy.          Cookie settings          ACCEPT



# Retreat SE

5-Person, Hot Tub, Rectangle, Retreat, Sport Edition Series

Sport Edition    5-Person    Rectangle

Power and luxury are at your fingertips in our Retreat SE, one of our most popular models. Settle into one of the bucket seats and let fully adjustable, Nordic Star™ jets release the tension in your aching back muscles. Or swing your legs up onto the bench seat and let our Nordic Star™ whirlpool jet wash waves of soothing water over your entire body. You'll want to retreat to your personal oasis in Nordic's Retreat SE!

LEARN MORE

This website uses cookies to improve your browsing experience. View Privacy Policy.    Cookie settings    ACCEPT



# Stella SE

3-Person, Hot Tub, Rectangle, Sport Edition Series, Stella

Sport Edition   3-Person   Rectangle

Designed to give a celestial hot water experience, the Stella™ SE is perfect for entertaining or after workout soak sessions. Settle in to the Stella™ SE and the cares of the day will seem light-years away while the powerful 3-hp pump pulses swirling hot water around your entire body. Adjust our Nordic Star™ jets to direct powerful hydrotherapy massage to specific pressure points to relieve tension. Be a star in our brightest star, the Stella SE!

LEARN MORE

This website uses cookies to improve your browsing experience. View Privacy Policy. Cookie settings   ACCEPT



# D'Amour SE

2-Person, D'Amour, Heart/Triangle, Hot Tub, Sport Edition Series

Sport Edition    2-Person    Heart / Triangle

It's love at first sight with our D'Amour SE! Ease into the deep-seated captain's chairs and let the Nordic Star jets massage your entire body so you emerge refreshed and invigorated. Picture yourself enveloped in swirling hot water, letting the stress of the day drift off. Your muscles relax, your mind calms, and a sense of well-being takes over. Love your life in a D'Amour SE!

LEARN MORE

This website uses cookies to improve your browsing experience. View Privacy Policy.    Cookie settings    ACCEPT



**HOT TUBS**

- Luxury
- Sport
- Modern
- Classic
- All-In-110V
- View All

**COMPANY**

- About Nordic
- Blog
- Register Your Hot Tub
- Warranty Information
- Download Brochure
- Contact Us
- Nordic Apparel & Gear

**DEALER CENTER** ⌃

- Dealer Login ⟶
- Become a Dealer

© 2025 Nordic Hot Tubs. Nordic Products, Inc. All rights reserved.

This website uses cookies to improve your browsing experience. View Privacy Policy.    Cookie settings    ACCEPT