# EXHIBIT D

SUBSCRIBE

Advertisement

Advertisement


TRAVEL  >  TRIP IDEAS  >  AROUND THE MIDWEST

# 10 Amazing Nordic Sauna Experiences in the Upper Midwest

Wisconsin and Minnesota (and especially Minneapolis) are fired up over sauna culture. Here are 10 top ways and places to get your steam on.

By **Julia Sayers Gokhale**  |  Published on December 4, 2024

   



At Silvae Spiritus, you can soak in a wood-fired hot tub, meditate in a sauna or plunge in a cold tub, all surrounded by woods. PHOTO: JON KREYE

It's late January in Minneapolis, and there's a sea of people in bathing suits. Outside. Armed with beanies and boots, folks shuffle through a cluster of mobile saunas. Some watch the action from barrel saunas while others join guided experiences in larger cedar structures. Many emerge steaming and head straight for an icy dunk tank. The Sauna Village is part of The Great Northern, an annual arts and activism festival dedicated to celebrating winter. But in ways, this is business as usual in Minnesota.

SKIP TO CONTENT

SUBSCRIBE

1915). Over the last several years, interest in thermic bathing has grown significantly as folks discover its potential health benefits (reduced blood pressure, muscle recovery, increased circulation). And recently, Minneapolis has cultivated its own take on the culture—a little more social, a little more lively. It ignited, you might say, with John Pederson, who launched the 612 Sauna Society, a community-owned start-up, and subsequently Stokeyard Outfitters in 2017. That year, Stokeyard launched a Thermaculture program at the Hewing Hotel, featuring rooftop saunas and cold plunge tubs; the first Sauna Village at The Great Northern was held in 2023.

Pederson—who now works with Superior Sauna and Steam, a sauna supplier and showroom—worked with the city to secure permits for pop-up and permanent experiences. Now, Minneapolis has more quality public sauna experiences than any other city in the country.

"The Twin Cities has a wonderful combination of traditional Nordic sauna influence supercharged with urban newbie curiosity and enthusiasm," Pederson says. "It's uniquely positive, innovative and kind—yet very understated and still largely under the radar. It's uniquely Midwestern in that way."



Cycle between a sauna with a water view, a firepit and a plunge in the lake at Sisu and Löyly in Grand Marais, Minnesota,.
PHOTO: ACKERMAN + GRUBER

Though Minnesota has led the trend, you'll find pockets of new-wave sauna culture across the Upper Midwest. Guided thermic experiences, custom in-home sauna companies, cold-therapy workshops and sleek bathhouses are popping up in several cities and states.

SKIP TO CONTENT

8/8/25, 8:06 PM
Case 2:25-cv-05713-JAK-PVC    Document 21-3    Filed 08/11/25    Page 4 of 51    Page
10 Amazing Nordic Sauna Experiences in the Upper Midwest
ID #:305

SUBSCRIBE

serve up, enjoy and improve this experience. The quality of the heat and steam matter, the space matters, the hospitality matters. In Minneapolis, we've become a city of connoisseurs, experts and legit sauna nerds—it's so fun."

Here are 10 great sauna experiences in Minnesota and Wisconsin.

## Sauna Village at the Great Northern Festival, Minneapolis



You can try different saunas—like Urban Wing's translucent custom builds— at a pop-up village during The Great Northern fest in Minneapolis. PHOTO: JAYME HALBRITTER FOR THE GREAT NORTHERN

Dip your toe into sauna culture at The Great Northern's annual Sauna Village. Try out a variety of heat levels, structures and experiences from the mobile saunas of popular companies. You can buy a pass to bop around on your own time, or join a guided experience with a pro leading participants through cycles and varying heat levels.

## Hewing Hotel, Minneapolis

SKIP TO CONTENT



The Hewing Hotel has both rooftop saunas and cold plunge tubs. PHOTO: COURTESY OF HEWING HOTEL

On Thursday evenings, John Pederson hosts Thermaculture classes at this North Loop hotel. Each session includes a gentle guided steam, aromatherapy, mindful meditation and light breath work. The 90-minute ticketed event is open to the public. Hotel guests can enjoy the heated rooftop pool and dry sauna any day.

## Sauna Camp, Excelsior, Minnesota

Imagine the camaraderie of a summer camp, but in the middle of winter. On the edge of Lake Minnewashta 30 minutes west of Minneapolis, Sauna Camp hosts two-hour sessions where you can rotate between eight wood-fired barrel saunas. But the coolest part? Plunging directly in the frigid lake via holes carved in the ice. One of cold therapy's many benefits: it's an immediate mood boost.

## Wild Rice Retreat, Bayfield, Wisconsin

SKIP TO CONTENT

SUBSCRIBE



At Wild Rice Retreat, take in views of the woods from the cedar sauna— and don't skip the rain shower after. PHOTO: COURTESY OF WILD RICE RETREAT

Immerse yourself in the beauty of winter at this wellness escape near Lake Superior. Guided retreats are offered year-round; seasonal options include a Let It Go retreat for the New Year (December 27–29), and The Art of Rest and Renewal featuring yoga, sauna rituals, outdoor hikes and meditation (January 23–26).

**RELATED:** This Unique Way to Explore Bayfield Focuses on Wellness and Outdoor Adventure

## The Yard, Minneapolis

A group of people in The Yard sauna showroom at night

SKIP TO CONTENT

SUBSCRIBE

Part of Superior Steam and Sauna, The Yard isn't your typical showroom. Yes, products are on display, but for $25, you can relax for an hour among outdoor saunas, cold showers, a misting pergola, patios and fireplaces. The vibe is chill and quiet, with an accompanying playlist. You can also buy a season pass for $200.

## Cedar and Stone Nordic Sauna, Minneapolis and Duluth



L: Cedar and Stone's saunas on the roof of the Four Seasons Hotel host both private and communal sessions. PHOTO: ETHAN SCHULTZ

R: Hop aboard Cedar and Stone's floating sauna in Duluth. PHOTO: ETHAN SCHULTZ

A custom in-home sauna company, Cedar and Stone also offers two public experiences. In Duluth, guests can board a barge in the harbor for guided experiences in a floating sauna. Two sleek saunas on the roof of the Four Seasons Hotel in Minneapolis host private or communal sessions. Afterward, relax with herbal tea while overlooking the skyline.

## Watershed Spa, Minneapolis

SKIP TO CONTENT

SUBSCRIBE

Spend time in hot and cold baths and a sauna at Watershed. PHOTO: COURTESY OF WATERSHED SPA

Watershed is a modern interpretation of an ancient communal bathhouse. Start your session with a shower and salt scrub before rotating between a hot pool, steam room, sauna and cold plunge. A dark and starry sky above the pools sets the mood for a quiet, restorative experience.

## Sand Valley, Nekoosa, Wisconsin

This central Wisconsin resort hosts an annual Elemental Wellness Retreat focused on contrast therapy— pairing heat sessions with cold exposure. The four-day event (January 17–20) draws on the principles of Wim Hof, a Dutch extreme athlete who preaches the gospel of cold therapy. Yoga breath work and sauna mentally and physically prepare guests for frozen-lake plunges and winter hikes sans coats.

## Sisu and Löyly, Grand Marais, Minnesota

SKIP TO CONTENT

SUBSCRIBE



Enjoy views of Lake Superior from the window in Sisu and Löyly sauna. PHOTO: ACKERMAN + GRUBER

Sisu is a Finnish word evoking grit and tenacity—fitting for Minnesotans as well. At this little red lodge by Lake Superior, you can cycle between a sauna with a water view, a firepit and a plunge in the lake. Sisu and Löyly also has a floating sauna on Devil Track Lake, open in warm months, and a mobile sauna in Lutsen in winter.

## Silvae Spiritus, Finlayson, Minnesota



Embrace the peace of the woods at Silvae Spiritus. PHOTO: JON KREYE

SKIP TO CONTENT

8/8/25, 8:06 PM    Case 2:25-cv-05713-JAK-PVC    Document 21-3    Filed 08/11/25    Page 10 of 51    Page
10 Amazing Nordic Sauna Experiences in the Upper Midwest
ID #:311

SUBSCRIBE

forest" in Latin.) With minimal human noise, you can soak in a wood-fired hot
tub, meditate in a sauna or plunge in a cold tub— all surrounded by the woods.
Cabin guests can also join guided walks and meditative sound immersions.

## More Great Saunas

You don't have to look far in the Upper Midwest to find a sauna. Here are some
other great spots: Takka Saunas (Eagle Harbor and Hancock, Michigan); Nordic
Night (Stevens Point, Wisconsin); Ambique (Chicago); and Hot Spell
(Milwaukee).

**RELATED:** Best Spas in the Midwest to Melt Your Stress Away

Was this page helpful?      

# Related Articles

![A woman in a pool with art on the wall]

**AROUND THE MIDWEST**

### A Sauna Social Club, An Art Fair Celebrating Black Artists, and a New Food Festival in Michigan—Here are 15 Things Our Editors are Excited About in August

By Julia Sayers Gokhale and Gary Thompson

![Two lighthouses on a pier during rough waves and a dramatic sky in the]

**AROUND THE MIDWEST**

### We Can't Get Over These Incredible Shots of Midwest Lighthouses

By Kelsey Yandura and Joie Probst

![People jumping off a tower platform into a lake, Fair Hills Resort buildings in]

**AROUND THE MIDWEST**

### Pontoon Rides, Nutty Bars, and Turtle Races: These are the Best Family-Friendly Lake Destinations

By Taryn Shorr-Mckee

![Aerial view of a peninsula with a lighthouse and redroofed building]

**AROUND THE MIDWEST**

### 8 Midwest Islands That Feel Worlds Away—No Passport Needed

By Lauren Dana Ellman

SKIP TO CONTENT

Case 2:25-cv-05713-JAK-PVC     Document 21-3     Filed 08/11/25     Page 11 of 51     Page ID #:312

SUBSCRIBE

interior set in a
converted church
with tables chairs

**Churches Turned Breweries**

By Kelly Aiglon

MINNEAPOLIS AND SAINT PAUL, MINNESOTA

Skyline of
Minneapolis,
Minnesota

**A Local's Travel Guide to Minneapolis**

By Jess Hoffert

BLACK HILLS AND BADLANDS

Landscape
featuring rock
formations and a
sunrise at Custer

**One of the Country's Most Breathtaking Fall Drives is Just 14 Miles Long**

By Mary Beaumont and Ginger Crichton

AROUND THE MIDWEST

Elegant bar with
intricate wallpaper
ornate furnishings
and a variety of

**A Fitness Fest, a Tropical Resort, and a Baroque-Inspired Hotel Bar—Here Are 15 Things Our Travel Editor is Excited For This July**

By Julia Sayers Gokhale

MILWAUKEE

A boat goes by the
skyline on the
Milwaukee River

**A Local's Travel Guide to Milwaukee**

By Lauren Sieben

AROUND THE MIDWEST

A covered wooden
raft floating on a
clear lake
surrounded by trees

**28 Cool Water Experiences for Your Midwest Summer Bucket List**

By Ashlyn Ware

AROUND THE MIDWEST

A scenic view of a
lake with several
individuals kayaking
and paddling near a

**25 Midwest Lake Resorts For Great Getaways**

By Midwest Living editors

SKIP TO CONTENT

8/8/25, 8:06 PM
Case 2:25-cv-05713-JAK-PVC     Document 21-3     Filed 08/11/25     Page 12 of 51     Page ID #:313
10 Amazing Nordic Sauna Experiences in the Upper Midwest

SUBSCRIBE

Waterfalls—And You Can Kayak Right Past Them

By Robert Annis

CULINARY TRAVEL

### Have Dinner with a View at These Lakeside Supper Clubs

By Kelly Aiglon

STATE AND NATIONAL PARKS

### Explore 21 Islands, Sea Caves, and Historic Lighthouses at This National Park

By Robert Annis

AROUND THE MIDWEST

### Dive into the Midwest's Most Beautiful Hotel Pools for a Summer Escape

By Lauren Dana Ellman

MINNESOTA

### I'm a Landscape Photographer, and These are My 9 Favorite State Parks in Minnesota

By Beth Mancuso

MidwestLiving

NEWSLETTERS

Follow Us

    

SKIP TO CONTENT

TRIP IDEAS          DESTINATIONS

10 Amazing Nordic Sauna Experiences in the Upper Midwest

**MidwestLiving**

SUBSCRIBE

FOLLOW

| | |
|---|---|
| About Us | Advertise |
| Privacy Policy | Careers |
| Editorial Guidelines | Contact Us |
| Terms of Service | Your Privacy Choices |

**People Inc.**

Midwest Living is part of the People Inc. publishing family.

8/8/25, 8:04 PM                 Cedar and Stone Nordic Sauna – Arbor Wood Co.

Case 2:25-cv-05713-JAK-PVC     Document 21-3     Filed 09/11/25     Page 14 of 51     Page ID #:315

ARBOR WOOD CO. BECOMES FIRST U.S.-BASED MEMBER OF THE INTERNTATIONAL THERMOWOOD ASSOCIATION    ×

# CEDAR & STONE NORDIC SAUNA

*SIDING, DECKING, TRIM*

Cedar & Stone Nordic Sauna are not only partners of ours, they are dear friends and neighbors along the North Shore in Duluth, MN. Since their inception, they have focused on the use of innovative, sustainable materials in their line of hand built, Nordic Saunas. One of these materials is our thermally modified wood, used as both siding and decking as well as trim and accent features throughout a variety of past builds and future designs.

Here we take a look at some of the wonderful creations that have come out of their studio in Duluth, MN.

For more information on Cedar & Stone, visit cedarandstonesauna.com and be sure to follow them @cedarandstonesauna

CONTACT US

The Secret Weapon for Backyard Sauna Perfection: Homeowners and Thermally Modified W…



Cedar & Stone Nordic Sauna is on a mission to host 1 million people for sauna to build more resilient lives by 2033.





**Project Feature:** Model 3 with BRNSH Burned & Brushed Pine, Black Oil in Frederic, WI at Nordlys Lodging Co. - See Full Project Here

Photos by Ethan Schultz @ Shot x Schultz





**Project Feature:** Model 3 and Model 5 Saunas with BRNSH Burned & Brushed Pine, Black Oil at The Four Seasons Hotel Minneapolis - See Video of This Project Here

Photos by Ethan Schultz @ Shot x Schultz







CONTACT US

**Project Feature:** Residential Model 8 with NATRL Ash Siding - See the full project here

Photos by Ethan Schultz @ Shot x Schultz



CONTACT US



**Project Feature:** Model 5+ with ELMNT Brushed Pine, White Oil Siding

Photos provided by Cedar & Stone



"The best way I know to relieve stress, the most efficient and effective, it literally works every time is... The Nordic sauna."

— Justin Juntunen, Co-Founder - Cedar & Stone Nordic Sauna

CONTACT US

PREVIOUS
**DRIFTLESS LONGHOUSE**

NEXT
**SSS SHOWHOUSE**



**ARBOR WOOD co**

1025 London Road

Duluth, MN 55802

**Proud member of:**

**Keep up with us:**

(855) 414-2727

TERMS

CONTACT US

# Embracing the Nordic Cycle: Health Benefits of Saunas and Cold Plunge Tubs

*Posted: October 3, 2024*

SHARE:  

In recent years, the Nordic Cycle—a practice that combines alternating sessions in a sauna with a cold plunge—has gained popularity for its potential health benefits. This ancient ritual, rooted in Nordic traditions, is not only invigorating but also backed by a growing body of scientific research highlighting its numerous advantages. The experts at Aqua Quip have done extensive research to bring you the very best in saunas and cold plunge tubs to help you reap the benefits of the Nordic Cycle in your own home.



## The Nordic Cycle: A Brief Overview

The Nordic Cycle typically involves spending time in a sauna, followed by a plunge into a cold plunge tub like the Chill Tub Pro or Jacuzzi Kodiak. This sequence is repeated several times, with the hot and cold exposures working in tandem to enhance overall well-being. The process usually starts with a sauna session lasting around 15-20 minutes, followed by a quick, refreshing immersion in cold water for 1-3 minutes, and then a period of rest before repeating the cycle.

## Health Benefits of Saunas





### 1. Improved Cardiovascular Health

Regular sauna use has been linked to improved cardiovascular health. The heat
from the sauna causes blood vessels to dilate, which improves circulation and
lowers blood pressure. Studies have shown that frequent sauna users have a
reduced risk of heart disease and stroke. The increased heart rate experienced
during a sauna session can be comparable to moderate exercise, providing a
cardiovascular workout without physical strain.

### 2. Enhanced Detoxification

Sweating in the sauna helps to expel toxins from the body. The elevated
temperature stimulates sweat production, which can aid in the removal of heavy
metals and other waste products from the body. This detoxification process is often
cited as a reason for the feeling of rejuvenation and clarity that follows a sauna
session.

### 3. Relaxation and Stress Relief

Saunas are renowned for their ability to promote relaxation. The heat helps to relax
muscles, alleviate joint pain, and reduce overall stress levels. The soothing
environment of the sauna, combined with the release of endorphins, creates a
calming effect that can help to improve mental well-being and promote better sleep.

## Health Benefits of Cold Plunge Tubs



### 1. Reduced Inflammation and Muscle Soreness

Cold plunge tubs, or cold water immersion, are often used by athletes to reduce inflammation and muscle soreness. The cold water causes blood vessels to constrict, which helps to decrease swelling and numb pain. This can be particularly beneficial after intense physical activity, aiding in faster recovery and reducing muscle fatigue.

### 2. Enhanced Immune Function

Exposure to cold water has been shown to stimulate the immune system. Cold immersion is said to increase the production of white blood cells, which play a crucial role in fighting off infections and diseases. Regular cold plunges may contribute to a more robust immune response, enhancing overall health and resilience.

### 3. Improved Circulation and Mental Clarity

The shock of cold water immersion causes blood vessels to constrict and then dilate once the body warms up again. This process improves circulation and can lead to better oxygenation of tissues. Additionally, the invigorating nature of cold plunges can boost alertness and mental clarity, making it a refreshing way to start the day or recharge during a midday slump.

## The Synergistic Effects of Combining Heat and Cold

The combination of saunas and cold plunge tubs creates a unique physiological response known as contrast therapy. Alternating between hot and cold exposure stimulates the circulatory system, enhancing blood flow and promoting the efficient delivery of nutrients to tissues. This cyclical process can help to accelerate recovery, reduce muscle soreness, and improve overall physical and mental well-being.

Moreover, the Nordic Cycle can be a deeply satisfying experience that promotes mindfulness and relaxation. The ritual of moving between the intense heat of the sauna and the refreshing cold of the plunge can serve as a meditative practice, helping individuals to center themselves and escape the stresses of daily life.

## Incorporating the Nordic Cycle into Your Routine

For those interested in trying the Nordic Cycle, stop in and see the experts at Aqua Quip to try out the array of sauna and cold plunge models available for both indoor and outdoor applications. Turn your home into a wellness center for self care and make this the best year of your life.

As with any wellness practice, it's a good idea to consult with a healthcare
professional before starting, especially if you have underlying health conditions or
concerns.

## Conclusion

The Nordic Cycle, with its combination of sauna and cold plunge tub sessions,
offers a range of health benefits, from improved cardiovascular health and
enhanced detoxification to reduced inflammation and better mental clarity. By
incorporating this ancient ritual into your wellness routine, you may find a new level
of vitality and balance, embracing the invigorating power of heat and cold. So, step
into the heat, take the plunge, and experience the transformative effects of the
Nordic Cycle with an Aqua Quip near you.

## More Posts



### The Combo Benefits of Sauna and Cold Plunge

*June 20, 2024*

*The ancient practices of sauna and cold plunge have stood
the test of time, offering a myriad of health benefits that are
increasingly...*

*Est. reading time: 4 minutes*

Read More



## Benefits of Fireplaces in Winter Months

*December 8, 2023*

Fireplaces can offer a range of benefits during the winter months, making them a cozy and practical addition to homes. Here are some...

Est. reading time: 2 minutes

Read More



## Create Holiday Magic With a New Fireplace this Christmas

*November 21, 2023*

The holiday season is here, and with that comes all of the nostalgic trappings: beautiful light displays, ornament-spangled evergreens, nutcrackers and snowmen, bright...

Est. reading time: 4 minutes

Read More

## Aqua Quip Locations

Aqua Quip has 11 locations throughout the Puget Sound from Lynnwood to Puyallup. Use the map to find a store near you! All of locations are ready to help you find everything from barbecue accessories to a brand new hot tub!

**VIEW LOCATIONS**

8/8/25, 8:03 PM Case 2:25-cv-05713-JAK-PVC Document 21-3 Filed 08/11/25 Page 27 of 51 Page and tip…
ID #:328

I am considering installing a Nordic Sauna in my garden, what are the different available types and designs of exterior sauna and tip…



# Quora

Sign In

| Home Improvement | Nordic Wellness | DIY Projects | Buying Guide | Sauna Accessories | Home | + 5 |

## I am considering installing a Nordic Sauna in my garden, what are the different available types and designs of exterior sauna and tips before buying?

All related (33) ⌄     Sort  Recommended ⌄

**Kari Autero** ✕
Native Finn, familiar with the Finnish sauna culture · Author has **7.5K** answers and **21.7M** answer views · 6y

I think that the essential questions before choosing a sauna are related to two things: first the regulations in your country or area concerning fire and sewage and secondly what functions you wish to have in your sauna.

**The sauna stoves** can be electric or wood burning models. An electric stove can be installed in any sauna, but a wood burning sauna produces smoke and there may be limitations for that in some areas.
I prefer a wood burning stove for the quality of a sauna session, but it needs more work and I don't have enough time to use at work days, so its use is limited to the days I'm free. It doesn't really take that much of timebut adding wood and carrying water are away from my other tasks in the evening, so in practice I prefer the electric stove during the week. In the weekends I prefer the wood burning stove (I have several saunas so I can choose).
Both electricity and wood will cost some money, but firewood also needs a shed to be stored.

**Water is always used in a sauna.** You probably don't plan to install plumbing in your garden, but the water used in a sauna must go somewhere even if you carried the water in.
Do you wish to be able to wash yourself in your sauna? That's the normal presumption in Finland: you have your heat sessions and in the end you'll wash yourself. And that ends up with waste water draining out of your sauna. What are the regulations for waste water in your area? You may have to install some sort of a cleaning system for them. Here are a couple of pictures of simple waste water systems in Finland, meant for summer cabins and other random use:
Mökkivedet | KVVY

If you are planning to do all the washing in the house, you don't need such systems for one or two buckets of water you use for throwing water on the stove. But you must rinse the benches after use, so that adds to the total amount of water used. It's up to your country's rules.

**A simple sauna is just a heated room.** There are models that consist only of that one sauna room with nothing else. But there are functions you may want to include.
You may want some sort of a canopy in front of the sauna. If it rains it's nicer to cool down in a shelter and your clothes stay dry under it.
You may want a dressing room attached into your sauna. It offers a protected space to undress and to store accessories like towels, maybe a small refrigerator or extra firewood in case you have a wood burning stove.
There are ready models that cover all these wishes.

Here is one that has been planned to be a nice place to spend time in all weathers:
https://saunat.net/useruploads/files/esitteet/metsola15_esite.pdf
Source page: Teuvan Määkki- ja Sorvituote

A smaller and cheaper model with same functions:
https://saunat.net/useruploads/files/pohjakuvat/metsola14b-saunamalli(58)_pohjakuva.pdf
Source page:- https://saunat.net/tuote/22/metsola-14b-hirsisauna--rantasauna/

A model wit a saunaroom and a canopy: Spring UP pihasauna kiukaan kera tai valmissauna | Finnpeak
Source page (with samples of mobile saunas too): Osasto: Saunat ja saunamökit | Finnpeak

A very simple model with only the sauna room: Pihasauna KV6S
Source page: Pihasaunat netistä | Taloon.com

I like this model, because it has enough space in the actual sauna room. You can actually wash yourself there comfortably: Valmissauna Happy Steam | Finnpeak
Source page: Valmissauna Happy Steam | Finnpeak

**Barrel saunas seem to be popular.** I'm not agains them, but I find one problem in them though: they are too low. A sauna should be high enough so that your feet are on the same level as the rocks in the stove. Only then they get heat. In barrel saunas your feet are on the floor, so they don't get heat at all. It's up to your wishes of course, whether this is important. You see barrel saunas too on those pages that I linked.

### Related questions

How can I build a small sauna for two people in my house?

Can a barrel sauna be used in a small backyard?

How do you properly install a barrel sauna in your backyard?

What are the different types of sauna design choices available?

How do you install an outdoor sauna, and what are the key steps in the process?

Is it possible to install a barrel sauna indoors?



✂ COUPON CO◌
AVAILABL◌

GET CODES

Déjate llevar por tu imaginación en cualquier lugar

Probar ahora

Adobe
Creative Cloud Pro

Advertisement

8/8/25, 8:03 PM    I am considering installing a Nordic Sauna in my garden, what are the different available types and designs of exterior sauna and tip…

Case 2:25-cv-05712-JAK-PVC    Document 21-3    Filed 08/11/25    Page 28 of 51    Page
ID #:329

**Quora**

do that.

You need a biggish tub for cold water and a smaller one for hot water. When you wash, you just mix those in a bucket to have nice warm water. Then you use a ladle to wet and rinse yourself. That may feel difficult and inconvenient in the beginning but you'll learn it. "Every Finn" knows how t do that and I personally enjoy it more than a shower. It's a soft and peaceful way to clean yourself.

Water heater models:

One that's been built around a chimney: Parra piippuvesisäiliö 30 l, RST
This one doesn't require extra space because it's above the stove. The only problem is that the water tends to boil, it heats too efficiently.

A small model with a fixed hot water tank. This is the most common model in Finland, I think:
Helo 16 PK ES vesisäiliöllä puukiuas | Karkkainen.com verkkokauppa

A separate ...cauldron? ...pot? for heating water. This requires a bigger sauna room of course. It stems from the time when also laundry was done in a sauna. You won't run out of hot water no matter how much you wash yourself :-)
Google Image Result for
http://www.kolumbus.fi/olli.sylvestersson/Kuvia/Sauna/kiuas%20ja%20pata.jpg

You notice that all of these heaters work only in a wood burning sauna.

 Upvote · 18.4K    ⌄        💬 1.4K        ↗ 432

811 views · View upvotes · Not for Reproduction · Answer requested by Séverine Godet

Promoted by The Penny Hoarder

Lisa Dawson
Finance Writer at The Penny Hoarder · Updated Jul 31

**What's some brutally honest advice that everyone should know?**

Here's the thing: I wish I had known these money secrets sooner. They've helped so many people save hundreds, secure their family's future, and grow their bank accounts—myself included.

And honestly? Putting them to use was way easier than I expected. I bet you can knock out at least three or four of these right now—yes, even from your phone. Don't wait like I did.

**1. Cancel Your Car Insurance**

You might even realize it, but your car insurance company is probably overcharging you. In fact, they're kind of counting on you not noticing. Luckily, this problem is easy to fix.

Don't waste your time.

Continue Reading ⌄

**Related questions**                                            More answers below

How can I build a small sauna for two people in my house?

Can a barrel sauna be used in a small backyard?

How do you properly install a barrel sauna in your backyard?

What are the different types of sauna design choices available?

 Upvote · 1    ⌄    💬    ↻

How do you install an outdoor sauna, and what are the key steps in the process?


Bill Pentz    ✕
Former Biomedical Computer Engineer Instructor & Inventor at CSUS and UCD (1968–1999) · ... · 6y  +

You want one that is both water and weather proof for your area. It needs to be powered appropriately with good quality controls and components. The components you use need to be

 Upvote · 3    ⌄    💬 1    ↻

Continue Reading

kinds of toxins that can have son

Christian Pilling    ✕
Studied at Homes and Houses (Graduated 2014) · Author has **236** answers and **218.8K** answer vi... · 6y


ALL POINTS NORTH
LASTING HEALING STARTS WITH **CUSTOM CARE**
TriWest approved treatment from healing experts
LEARN MORE

8/8/25, 8:03 PM    I am considering installing a Nordic Sauna in my garden, what are the different available types and designs of exterior sauna and tip...

Case 2:25-cv-05713-JAK-PVC    Document 21-3    Filed 08/11/25    Page 29 of 51    Page
ID #:330

# Quora

Then there is the infrared sauna. I think personally that should not be called a sauna in my humble opinion its not really a sauna at all. All potential recorded health benefits are biased towards a traditional Sauna. I would not personally consider an infrared Sauna. You also don't get steam from an infrared Sauna, and this is very important.

Upvote · 23

If you live in a city or town then you migh

---

**Angie Johnson**
Studied at University of Michigan · Author has **710** answers and **2.2M** answer views · 6y

Related  **Do saunas actually detoxify?**

This is kind of like 'guns don't kill people. people with guns kill people.'

Saunas don't detoxify: bodies that are using saunas appropriately will accelerate detoxification.

Upvote · 506    💬 176    🔁 7

Continue Reading ⌄

If you do not at LEAST rinse your

---

Promoted by Betterbuck

**Anthony Madden**
Writer for Betterbuck · Updated Mar 24

**I just bought my first house. Homeowners: what are some things you wished you knew when you bought your house?**

I've been a homeowner for 4 years. These are the biggest things I wish somebody told me on day one.

**1. Your home equity is a gold-mine. If you need cash, stop taking out high-interest loans.**

So many people take out high-interest payday loans - please don't do this. If you get into trouble you can typically get a relatively low-interest HELOC (a home equity line of credit).

Essentially with a HELOC, you're borrowing against the equity you have in your house and use it for whatever you need (much like a credit card).

Typically, you'll get lower interest rates and more sensible repayment terms compar

Continue Reading ⌄

---

**Related questions**                          More answers below

Is it possible to install a barrel sauna indoors?

Upvote

sauna to ensure a successful and functional setup?

What are the different types of saunas available from Aqualine?

What should I consider when installing a home sauna?

How can you create a sauna-like experience at home without actually having a sauna?

---

**Mike Green**
1y

Related  **What are the different types of outdoor saunas available, and how do they differ in terms of design, materials, and functionality?**

There are several types of outdoor saunas, each differing in design, materials, and functionality. You can find a detailed guide to outdoor saunas at **https://solasauna.com/**.

Advertisement

8/8/25, 8:03 PM                I am considering installing a Nordic Sauna in my garden, what are the different available types and designs of exterior sauna and tip…

Case 2:25-cv-05713-JAK-PVC    Document 21-3    Filed 08/11/25    Page 30 of 51    Page ID #:331



**Quora**



Continue Reading

---

**Richard Culpeper**                                          ×

Canadian National Telemark Ski Team, skinny ski era. · Author has **809** answers and **493.4K** answ… · 3y

Related   **What type of outdoor sauna is best?**

The best type of outdoor sauna is a jury rigged wilderness sauna on a moon lit night on a smooth rock about six feet above a pristine lake that you can only access by canoe.

Upvote · 677        86        24

bottomless visibility, a waterfall for climbing and diving and swimming underneath, and a small rock platform for sunning, surrounded by the sweet scent of ferns and cedars. Then that evening, a jury-rigged sauna on a lar___ ___ ___ feet above the turquoise waters of Wolf Lake, under a full moon. Glowing ___ ___ ___

Continue Reading

---

Promoted by Cash Canvas

**Ethan Anderson**

Senior Writer at CashCanvas (2024–present) · Updated Apr 21

**What are the biggest missed opportunities for building wealth that most people don't know about?**

**1. Overpaying on Auto Insurance**

Believe it or not, the average American family still overspends by $461/year[1] on car insurance.

Sometimes it's even worse: I switched carriers last year and saved literally $1,300/year.

Here's how to quickly see how much you're being overcharged (takes maybe a couple of minutes):

- Pull up Coverage.com – it's a free site that will compare offers for you
  - Answer the questions on the page
  - It'll spit out a bunch of insurance offers for you

Upvote · 1

Continue Reading

---

**Kennii Pinker**                                          ×

Former Freelance Writer, Artist, Actor and Journalist. (1967–2010) · Author has **8.7K** answers and … · 2y

Related   **What should you consider when choosing the size and design of your outdoor sauna to ensure optimal comfort and functionality?**

The materials it is made from, but more importantly the amount of use it will get when the novelty of using it wears off. We have an indoor sauna, it is a complete waste of space, having been extensively used when new, but now neglected for much of the time, - and we are not the only ones who have experienced this. The same goes for Hot Tubs, our neighbourhood is full of them, slowly deteriorating in gardens and never used, many now probably beyond

Upvote · 2

---

**Christian Pilling**                                          ×

Chef Restaurenter (1991–present) · Author has **236** answers and **218.8K** answer views · 6y

Related   **How can I build a small sauna for two people in my house?**

I am not very DIY skilled and my wife and I also wanted a home Sauna, I found a company online, oceanic saunas, and bought a ready made kit form Sauna. There are other companies I sure, I paid a local handy man and between us we built the Sauna in my shed in 2 days, it was in quite large number of parts! The Sauna is big enough for 2 people and I am extremely happy with it. Having a specialist company sell you every thing you need in one go is just imho the

Upvote · 26        6        1

# Quora

Charlee Anthony
Content Writer at Almedia (2025–present) · Thu

**How can you earn $100 online?**

I made $3,500 with this one side hustle that literally no one talks about.

So I was drowning in student loans and my part-time job wasn't cutting it. I needed to make at least $100 fast or I was gonna be eating ramen for another month straight. Then I discovered something that completely changed my financial situation.

Stop scrolling and listen to this - it actually works, but only if you don't wait around like I did at first.

⬆ Upvote · 1    ⬇    💬    🔁

---

P.H.A.T. "D"    ✕
Enjoying Sexual playfulness & Pain with binder clips · Author has **272** answers and **621.5K** answe… · 2y

Related  **What type of seating options should you consider for your outdoor sauna?**

For this Answer there's so many possibilities since you don't state how big of a Sauna you want. Most gyms and public saunas are All about Quantity not quality. So they use the stairs type seats to get as many bodies in there as safely possible. Some more private saunas I have seen have the Cedar benches with backs and available foot props so people can relax. I personally

⬆ Upvote · 1    ⬇    💬    🔁

makes it extremely hard to breathe. So all my experience is from my younger days. 😅

---

G  George    ✕
Former Organic Farmer Selling at Farmers Markets (1992–2016) · Author has **1.4K** answers and 1.… · 1y

Related  **What is the best location for a garden sauna cabin?**

In the garden? Ok so maybe it's not a trick question. So you want to have a sauna nestled in a garden. Just like real estate, location, location, location. You'll want a nice sunny place that is sheltered from the wind. But you can really garden anywhere and for a sauna you will need water and electricity. Will you be heating the sauna with electricity or perhaps propane? You will need to review the specs for the sauna to make sure you have enough power to operate it correctly. Hopefully you have an acc̲̅o̲̅  _____'s not cheap running water and

Continue Reading ⌄

⬆ Upvote · 1    ⬇    💬    🔁

---

Larry Lewyn    ✕
Studied at Emory University · Author has **91** answers and **63.6K** answer views · 1y

⬆ Upvote · 1    ⬇    💬    🔁

Reliability. Most saunas today have digital controls. If they fail it can be frustrating trying to repair. Warranty terms are obviously important. I would recommend you do a reddit search to see what owners think.

---

Raihanul Islam Shishir    ✕
Worked at Karupalli · Author has **73** answers and **336.9K** answer views · 7y

Related  **How can I build a small sauna for two people in my house?**

**Building** a **sauna yourself** is the dream of many home improvement and wellness friends. The sweat cure, which has been valued by the Finns as a health fountain for centuries, can be brought home at a **reasonable price with the help of** a **sauna kit**. After all, a sauna is no longer an unattainable luxury: many manufacturers offer compact sweat cabins for home use. **A few unused square meters in the local cellar** are ideal for this as a location. So you can always go for a round of sweat when the desire grabs you.

⬆ Upvote · 38    ⬇    💬 12    🔁

8/8/25, 8:03 PM

Case 2:25-cv-05713-JAK-PVC   Document 21-3   Filed 08/11/25   Page 32 of 51   Page ID #:333

I am considering installing a Nordic Sauna in my garden, what are the different available types and designs of exterior sauna and tip…



## Quora

**Kari Autero**
Native Finn · Author has **7.5K** answers and **21.7M** answer views · Updated 2y

Related   **How is the Finnish sauna different from other saunas?**

A Finnish sauna, and Russian, Estonian Latvian, Lithuanian, Karelian, Vepsian etc. saunas are all essentially the same thing. There are local differences in archtecture, habits etc. but they are basically all the same, a big cultural and historical continuum in the North-East Europe.

All nations here have their own word for a sauna and it tells about the ancient nature of a sauna here. In Finnish it's sauna, in Estonian saun, in Latvian pirts, in Lithuanian pirtis, in Russian banya. Even the Swedes have their own word for it: bastu.

Continue Reading ⌄

### Related questions

How can I build a small sauna for two people in my house?

Can a barrel sauna be used in a small backyard?

How do you properly install a barrel sauna in your backyard?

What are the different types of sauna design choices available?

How do you install an outdoor sauna, and what are the key steps in the process?

Is it possible to install a barrel sauna indoors?

What are the common mistakes to avoid when planning, designing, and installing an outdoor sauna to ensure a successful and functional setup?

What are the different types of saunas available from Aqualine?

What should I consider when installing a home sauna?

How can you create a sauna-like experience at home without actually having a sauna?

What design elements make an effective and comfortable sauna experience?

How do I make a sauna?

What should first-time buyers know before purchasing sauna equipment for sale?

Can I customize my home sauna? How?

Is it better to install a home sauna indoors or outdoors?

# Quora



OUR STORY        BLOG        ONE GALLON AT A TIME        SHOP        YOUTUBE        CONTACT

Search the blog:        f    📷    P



FARM LIVING        RECIPES        FLOWERS        HANDCRAFTED HOME        NATURAL LIVING        GARD

## *Natural Living*

# The Real Difference between Infrared and Traditional Nordic Saunas

A breakdown of the health benefits of both infrared and traditional nordic saunas + our personal experience with each



Hi, I'm Emily.

Welcome to Hearty Sol where I shar recipes, DIY projects and our far family story with the world!

I love sewing, working with leathe and wood, creating simple heart recipes, fun projects and keeping u with our menagerie of childre: gardens and animals around here.

You can follow the journey on ou blog, by signing up for ou newsletter, and social medi channels!

f    📷    P    

### CATEGORIES

### SHOP

### YOUTUBE CHANNEL

### ONE GALLON AT A TIME

### FLOWER SUBSCRIPTION

*Search the blog*

Case 2:25-cv-05713-JAK-PVC    Document 21-2    Filed 08/11/25    Page 35 of 51    Page ID #:336



BUY SOURDOUGH STARTER

## Infrared vs. Traditional Nordic Saunas: The Science and Health Benefits

After personal experience with both infrared and traditional saunas, we have seen firsthand how the type of sauna you use will affect the health benefits you receive and your overall sauna experience.

**Traditional Nordic Sauna**

- **How It Works**: Traditional saunas, such as Nordic or steam saunas, use a heat source to warm the air to temperatures around 150-195°F (65-90°C). This intense heat stimulates sweating and increases core body temperature. The humidity can range up to 30%, depending on whether water is poured over hot stones, creating steam.
- **Health Benefits**: Research, including studies by the Mayo Clinic and JAMA Internal Medicine, indicates that traditional saunas offer cardiovascular benefits by

*Join our* **Hearty family!**

Want to keep up with the lates
happenings at Heart Sol. Get emails
full of our farm favorite recipes
projects and information abou
special events. It's easy, just sign up
with your name and email and you
are all set!

*get on our list*

NAME

EMAIL

Bring on the Good Stuff!

promoting increased heart rate and circulation, similar to moderate exercise. Regular use has been linked to improved heart health, detoxification through sweating, and reduced stress levels. The heat can also relieve muscle and joint pain, making traditional saunas ideal for those seeking relief from physical tension.

---

### Subscribe to Hearty Sol!

Get updates on the latest posts and more from Hearty Sol straight to your inbox.

| Your Email... | SUBSCRIBE |

We use your personal data for interest-based advertising, as outlined in our _Privacy Notice_.

---

**Infrared Sauna**

- **How It Works**: Infrared saunas operate differently by using infrared light to heat the body directly rather than the surrounding air. This keeps temperatures lower, typically between 120-140°F (49-60°C), making them a gentler option for those sensitive to high heat.
- **Health Benefits**: Infrared heat penetrates deeper into tissues, which can be beneficial for muscle soreness, muscle recovery, and pain relief. The lower temperature allows for longer sessions, promoting a moderate level of detoxification and a soothing effect on muscles and joints. However, infrared saunas may not provide the same cardiovascular benefits as traditional saunas since the lower temperature does not elevate the heart rate or blood circulation to the same extent.



# Infrared in our basement: our first Sauna trial

Twelve years ago, I longed so badly for a sauna in our basement. I was on a budget and fairly handy at DIY, so I built one in the bathroom closet. I paneled it in cedar, added infrared heat lamps to heat the space, plopped a stool and a fresh towel down and thought there, now I have a sauna. Before using the sauna, I would go down to plug it in 15-20 minutes before.

It was dark and lonely down there. Only space for one person to sit on the stool, but I was warm. The infrared sauna session was the same feeling as pulling a hot towel out of the dryer. I would eventually get warm enough to sweat, then take a shower and go to bed. But something felt like it was missing. What I had built was a 'microwave'.



## The 360-Degree Clear Sauna Experience

After trying infrared, I realized I needed real fire, steam and connection. After many years and lots of research we opted for the custom made camper/ greenhouse/bread-raising/ sauna that we have now! We rarely start it up just for ourselves, so every Sunday we invite some friends or family to join us for Sauna Sunday. We love to share it with anyone who wants to experience it's benefits. Because when you surround yourself with like-minded people and everyone's healthier, your community becomes healthier and it trickles down to so much more than sitting in a sauna with some people every week.

Our 360-degree clear sauna offers the best of traditional sauna benefits, with the added experience of panoramic, non-claustrophobic views that bring you closer to nature. Here's what makes our sauna unique:

- **Open and Inviting Design**: The transparent walls eliminate any feelings of confinement, providing an open space that's both relaxing and visually pleasing.
- **Immersive Sunset Views**: Imagine winding down in a warm sauna with stunning sunset views—this scenic element creates a calming atmosphere that enhances the sauna's relaxation benefits.
- **Enhanced Social Interaction**: The spacious, clear design promotes a shared experience with friends and family, making the sauna session both a wellness activity and a time to connect with loved ones.

Find out more about our custom-made sauna here.



## The Social and Cultural Aspects of Traditional Saunas

In many cultures, traditional saunas are deeply communal experiences. Annette Scott from Kodawari Studios emphasizes the unique social benefits of traditional saunas, where shared spaces encourage relaxation, open conversations, and bonding. According to the Global Wellness Summit, communal activities like sauna bathing can lower stress, improve emotional well-being, and even boost immunity through the release of oxytocin, the "feel-good" hormone. This makes traditional saunas more than just a wellness tool; they're an experience that brings people together, fostering connection and community.

It's a time to unplug, connect, conversate, catch up with deep meaningful conversations, and immense natural relaxation from a crackling fire, steamy rocks, all while we watch the sunset over the field letting our natural melatonine kick in.

Case 2:25-cv-05713-JAK-PVC    Document 21-3    Filed 08/11/25    Page 40 of 51    Page
ID #:341



## Thinking about saunas in the same way we think about food

Infrared saunas are like the microwave of the kitchen. We can get our calories, it works. But it always left me feeling like something was missing. And now I knew what that was. We can sit in the sauna, while a hot fire burns, warming the cedar benches, chatting about our week. Eventually once it starts to cool to about 150 I add a scoop or two of essential oiled water to the top of the rocks and the entire sauna steams up. Now this, THIS feels like a grown-up way of eating. There's just something so different about wood fire and steam. It nourishes my appetite so much more fully.

Now, don't get me wrong. I'm not saying 'microwaves' are bad. We have one. It serves a purpose. I do however feel like we've not only invested in our family's health future, but also created community, togetherness, and a well-rounded health connection for whoever joins us.

Case 2:25-cv-05713-JAK-PVC    Document 21-2    Filed 08/11/25    Page 41 of 51    Page ID #:342



# Common Questions About Infrared and Traditional Saunas

**Do infrared and traditional saunas offer the same health benefits?**

• No, each sauna type offers unique benefits. Traditional saunas provide cardiovascular and detox benefits at high heat, while infrared saunas are more suited to pain relief and deep muscle relaxation.

**Are there any cultural components to traditional saunas?**

• Yes, traditional saunas are integral to many cultures, particularly in Nordic countries, where they're valued for both health and social connection. Sauna sessions often involve family or community members and are a time for relaxation and bonding.

**Can infrared saunas help with weight loss?**

- Infrared saunas do increase calorie burn but usually at a modest rate. Traditional saunas may support weight loss more due to their higher heat and heart rate elevation.

### Which sauna type is better for beginners?

- Infrared saunas may be more accessible for beginners because of their lower temperatures, making it easier to acclimate to heat therapy gradually.

### How long should a typical sauna session last?

- For traditional saunas, sessions of 10-15 minutes are ideal, while infrared sessions can last 20-30 minutes due to the gentler heat. Always listen to your body and stay hydrated.



## Final Take on Infrared vs. Traditional Saunas

Both traditional and infrared saunas offer fantastic wellness benefits, from detoxification to muscle relief and stress reduction. However, when we are comparing an infrared vs traditional sauna the communal and cultural aspects of

Case 2:25-cv-05713-JAK-PVC    Document 21-2    Filed 08/11/25    Page 43 of 51    Page ID #:344

traditional saunas, especially in our 360-degree clear sauna, create an experience that's more than just a session—it's a holistic escape that refreshes mind, body, and spirit. Whether you're seeking a space for solo relaxation or shared time with friends and family, consider adding the open, scenic comfort of a 360-degree clear sauna to your wellness routine.

## Resources to help you dig deeper

Saunas and Social Connection by Global Wellness Summit

Cardiovascular and Other Health Benefits of Sauna Bathing by Mayo Clinic

Association between Sauna Bathing and Fatal Cardiovascular and All-Cause Mortality Events by Jama Internal Medicine

## Pin this for later!



## More blogs for your health!

- Winter Resilience Training

- Lemon, Ginger, and Honey Tea
- Elderberry Fire Cider
- Elderberry Gummies
- How to make Elderberry Syrup
- Fermented Honey Garlic

# Cheers,

*Emily*

SHARE:: f ✉ 𝕡

---

**AFFILIATE DISCLOSURE & CONTENT DISCLAIMER**

*This post may contain affiliate links from a paid sponsor, Amazon or other program. When you use these links to make a purchase I earn a small commission at no extra cost to you. This allows me to continue creating the content that you love. The content in this article is created for information only and based on my research and/or opinion.*

+ LEAVE A COMMENT                                    VIEW COMMENTS

*Browse By Category*



(/)

**LEARN (/learn)**
## What is the Difference Between Infrared Sauna and Nordic Sauna?



 **CEDAR AND STONE**

📅 11/12/2024

🏷 Business Ownership (https://cedarandstonesauna.com/category/business-ownership/), Our Partners (https://cedarandstonesauna.com/category/our-partners/), Sauna Culture (https://cedarandstonesauna.com/category/sauna-culture/)

### INFRARED VS. NORDIC SAUNA

In our latest YouTube video, we're addressing a question we hear ALL. THE. TIME.

What's better: infrared or Nordic sauna? We know, it's no surprise which side of the line we stand on. We're here to explain *why* we feel so strongly about the answer.

We sit down with Annette Scott of Kodawari Studios (https://www.kodawaristudios.com/) to discuss the differences between infrared and traditional Nordic saunas. We're taking a deep dive into the science, the health benefits, and cultural practices to help you understand the significant differences between these two modalities.

The Difference Between Infrared Sauna and Nordic Sauna



**In this video, you'll hear about:**

0:28 – The science of traditional sauna vs. infrared sauna

3:05 – The social benefits of traditional sauna

5:46 – Annette's business experience with infrared and traditional sauna

7:13 – The cultural component of sauna

BOOK NOW
(HTTPS://BOOK.PEEK.COM/S/CA332E54-E065-4B19-86F1-DA0FD8913716/PX2PB?GACLIENTID=1071558658.1753371911&GASESSIONID=1754696038)

Resources to help you dig deeper:

- Cardiovascular and Other Health Benefits of Sauna Bathing by Mayo Clinic (https://mayoclinicproceedings.org/article/S0025-6196%2818%2930275-1/fulltext)
- Association Between Sauna Bathing and Fatal Cardiovascular and All-Cause Mortality Events by Jama Internal Medicine (http://jamanetwork.com/journals/jamainternalmedicine/fullarticle/2130724#google_vignette)
- Saunas and Social Connection by Global Wellness Summit (https://www.globalwellnesssummit.com/trendium/trend-saunas-and-social-connection/)

**GO BEYOND THE HYPE**

 

Want to learn more about common sauna myths and the health benefits of sauna? Check out our new on-demand course, Sweat Equity: The Sauna and Cold Plunge Masterclass (https://cedarandstonesauna.com/sweat-equity/), created in collaboration with Annette Scott of Kodawari Studios (https://www.youtube.com/@Kodawariyoga). (https://www.youtube.com/redirect?event=video_description&redir_token=QUFFLUhqa3dMZ0lFRUxyd2RyY0JySTYxelFqOFRPZE1MZ3xBQ3Jtc0ttTUowV0FiN1pUd0w4RU1XejR1aWZuc2VfcmVkY1gyOS0yZUluMDRWdzdpNkpRTWpRMFotbHVVequity%2F&v=rOLcvEdfvml)

As leaders who work every day to bring quality sauna to people's lives we know firsthand that almost everyone has more to learn about sauna, especially when it comes to the health benefits. Our goal has been to create an easy way for enthusiasts to dive into the research that matters so they can become a trusted source in their community on the transformative power of sauna and cold plunge.

This on-demand video course covers 16 different topics with a total of 2.5 hours worth of instruction given by industry experts Annette Scott and Justin Juntunen. Digestible videos allow you to dive in at your own speed on a range of topics covering the biological, psychological, and social benefits of sauna.



Bring the ritual of sauna to your property or business: https://cedarandstonesauna.com/build/ (https://cedarandstonesauna.com/build/)



BOOK NOW
(HTTPS://BOOK.PEEK.COM/S/CA332E54-E065-4B19-86F1-DA0FD8913716/PX2PB7GACLIENTID=1071558658.1753371911&GASESSIONID=1754696038)

**Learn More**



(https://cedarandstonesauna.com/madeline-island-model-5-outdoor-sauna/)

Madeline Island Model 5 Outdoor Sauna (https://cedarandstonesauna.com/madeline-island-model-5-outdoor-sauna/)

Read More » (https://cedarandstonesauna.com/madeline-island-model-5-outdoor-sauna/)



(https://cedarandstonesauna.com/cedar-stone-nordic-sauna-expands-to-superior-wisconsin-with-new-manufacturing-hub/)

Cedar & Stone Nordic Sauna Expands to Superior, Wisconsin, with New Manufacturing Hub (https://cedarandstonesauna.com/cedar-stone-nordic-sauna-expands-to-superior-wisconsin-with-new-manufacturing-hub/)

Read More » (https://cedarandstonesauna.com/cedar-stone-nordic-sauna-expands-to-superior-wisconsin-with-new-manufacturing-hub/)



(https://cedarandstonesauna.com/exploring-slavic-banya-and-nordic-saunatraditions/)

**Warmth Beyond Heat: Exploring Slavic Banya and Nordic Sauna Traditions** (https://cedarandstonesauna.com/exploring-slavic-banya-and-nordic-saunatraditions/)

Read More » (https://cedarandstonesauna.com/exploring-slavic-banya-and-nordic-saunatraditions/)

**Duluth Sauna Experience:**
800 W. Railroad St. Duluth, MN 55802
Hours: Thursday-Monday 9am-9pm

**Design Studio & Manufacturing:**
1325 N 59th Ave W Duluth, MN 55807
Hours: Monday-Friday 9am-5pm

office@cedarandstonesauna.com
218.451.2183

**CONTACT US
(/CONTACT)**

**CEDAR AND STONE**
About Us (https://cedarandstonesauna.com/about/our-team/)
Contact us (https://cedarandstonesauna.com/contact/)
Service Request (https://cedarandstonesauna.com/about/maintenance-request-form/)
Careers (https://cedarandstonesauna.com/about/opportunities/)
FAQs (https://cedarandstonesauna.com/faqs/)
Model Form (https://cedarandstonesauna.com/about/model-request-form/)
SMS Messaging Opt-In (https://cedarandstonesauna.com/about/text-messaging-opt-in/)

**BUILD (/BUILD)**
Custom Built Saunas (https://cedarandstonesauna.com/build/)
Shop (http://cedarandstonesauna.com/shop)
HUUM Sauna Stoves (https://cedarandstonesauna.com/huum/)
Build Gallery (http://cedarandstonesauna.com/buildgallery)
Model 3 (https://cedarandstonesauna.com/build/model-3/)
Model 5 (https://cedarandstonesauna.com/build/model-5/)BOOK NOW
(HTTPS://BOOK.PEEK.COM/S/CA532E54-E065-4819-86F1-DA0FD8913716/PX2PB7GACLIENTID=1071558658.1753371911&GASESSIONID=1754696038)

Model 8 (https://cedarandstonesauna.com/build/model-8/)

Bespoke (https://cedarandstonesauna.com/build/bespoke/)

### EXPERIENCE (/EXPERIENCE)

Duluth (https://cedarandstonesauna.com/experience/#offerings)

Minneapolis (https://cedarandstonesauna.com/minneapolis/)

### SHOP (HTTP://CEDARANDSTONESAUNA.COM/SHOP)

Modern Sauna Products (https://cedarandstonesauna.com/shop/)

HUUM Sauna Stoves (https://cedar-and-stone-nordic-sauna.myshopify.com/collections/huum-1)

### LEARN

Wellness Benefits (https://cedarandstonesauna.com/category/wellness-benefits/)

Webinars (https://cedarandstonesauna.com/category/webinars/)

Uncategorized (https://cedarandstonesauna.com/category/uncategorized/)

Sauna history (https://cedarandstonesauna.com/category/sauna-history/)

Sauna Culture (https://cedarandstonesauna.com/category/sauna-culture/)

Projects (https://cedarandstonesauna.com/category/projects/)

Podcast (https://cedarandstonesauna.com/category/podcast/)

Our Partners (https://cedarandstonesauna.com/category/our-partners/)

How to sauna (https://cedarandstonesauna.com/category/how-to-sauna/)

Forest Bathing (https://cedarandstonesauna.com/category/forest-bathing/)

Cold Therapy (https://cedarandstonesauna.com/category/cold-therapy/)

Business Ownership (https://cedarandstonesauna.com/category/business-ownership/)

Build (https://cedarandstonesauna.com/category/build/)

### FOLLOW ALONG

Instagram (https://www.instagram.com/cedarandstonesauna/)

Facebook (https://www.facebook.com/CedarandStoneNordicSauna)

Youtube (https://www.youtube.com/channel/UCrjRmHmAjJSJ2B5-0U9iyKQ)