# EXHIBIT E

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2025-08-08 19:59:38 EDT |
| **Mark:** | NORDIC SAUNA |



| | | | |
|---|---|---|---|
| **US Serial Number:** | 90274307 | **Application Filing Date:** | Oct. 23, 2020 |
| **US Registration Number:** | 6497517 | **Registration Date:** | Sep. 28, 2021 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |



**TM5 Common Status Descriptor:** LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Sep. 28, 2021

**Publication Date:** Jul. 13, 2021

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | NORDIC SAUNA |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S) |
| **Description of Mark:** | The mark consists of a shaded circle mixed together the head of a stylized outlined viking warriors. Above the circle is the wording "NORDIC" in stylized uppercase lettering with a faded design and bend effect bending towards the circle. Beneath the circle is the wording "SAUNA" in stylized uppercase lettering with a faded design and bend effect bending towards the circle. Above the wording "NORDIC" are two curved lines curving towards the wording "NORDIC". Beneath the wording "SAUNA" are two curved line designs curving towards the wording "SAUNA". |
| **Color(s) Claimed:** | Color is not claimed as a feature of the mark. |
| **Design Search Code(s):** | 02.01.13 - Gladiators; Men, Roman, Greek and other ancient soldiers, gladiators and Vikings; Vikings<br>02.01.37 - Busts of men in profile; Heads of men in profile; Men - heads, portraiture, or busts in profile; Portraiture of men in profile<br>26.01.21 - Circles that are totally or partially shaded.<br>26.17.09 - Bands, curved; Bars, curved; Curved line(s), band(s) or bar(s); Lines, curved |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Saunas, infrared saunas, ice bathtubs, sauna heaters, sauna accessories, namely, sauna controls, sauna door handles, sauna heater guards, sauna humidifiers, sauna vents, sauna back rails and sauna heater rocks | | |
| **International Class(es):** | 011 - Primary Class | **U.S Class(es):** | 013, 021, 023, 024, 031, 034 |
| **Class Status:** | ACTIVE | | |
| **First Use:** | Sep. 18, 1974 | **Use in Commerce:** | Sep. 18, 1974 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | NORDIC SAUNA, LLC |
| **Owner Address:** | 14831 Bessemer Street<br>Van Nuys, CALIFORNIA UNITED STATES 91411 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |
| **State or Country Where Organized:** | CALIFORNIA |

## Attorney/Correspondence Information

**Attorney of Record**

| | |
|---|---|
| **Attorney Name:** | Christopher J. Day |
| **Attorney Primary Email Address:** | chris@daylawfirm.com |
| **Attorney Email Authorized:** | Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | Christopher J. Day<br>Day Law Firm<br>9977 North 90th Street, Suite 155<br>Scottsdale, ARIZONA UNITED STATES 85258 |
| **Phone:** | 602-258-4440 |
| **Fax:** | 602-258-4441 |
| **Correspondent e-mail:** | chris@daylawfirm.com |
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 28, 2021 | REGISTERED-PRINCIPAL REGISTER | |
| Jul. 13, 2021 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jul. 13, 2021 | PUBLISHED FOR OPPOSITION | |
| Jun. 23, 2021 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Jun. 09, 2021 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jun. 09, 2021 | EXAMINER'S AMENDMENT ENTERED | |
| Jun. 09, 2021 | ASSIGNED TO LIE | |
| Jun. 09, 2021 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | |
| Jun. 09, 2021 | EXAMINERS AMENDMENT E-MAILED | |
| Jun. 09, 2021 | EXAMINERS AMENDMENT -WRITTEN | |
| Jun. 08, 2021 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Jun. 07, 2021 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Jun. 07, 2021 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Mar. 30, 2021 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Mar. 30, 2021 | NON-FINAL ACTION E-MAILED | |
| Mar. 30, 2021 | NON-FINAL ACTION WRITTEN | |
| Mar. 24, 2021 | ASSIGNED TO EXAMINER | |
| Dec. 12, 2020 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |
| Dec. 11, 2020 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |

## TM Staff and Location Information

| TM Staff Information - None |  |  |  |
|---|---|---|---|
| **File Location** | | | |
| **Current Location:** | PUBLICATION AND ISSUE SECTION | **Date in Location:** | Sep. 28, 2021 |

# Proceedings

| **Summary** | | | |
|---|---|---|---|
| **Number of Proceedings:** | 1 | | |

## Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91298427 | **Filing Date:** | Apr 18, 2025 |
| **Status:** | Terminated | **Status Date:** | Apr 29, 2025 |
| **Interlocutory Attorney:** | KATERINA D SPARER | | |

### Defendant

| | |
|---|---|
| **Name:** | Nordica Sauna LLC |
| **Correspondent Address:** | GENE BOLMARCICH<br>LAW OFFICES OF GENE BOLMARCICH<br>107 NORTH LAKE SHORE DRIVE<br>BROOKFIELD CT UNITED STATES , 06804 |
| **Correspondent e-mail:** | gxbesq1@gmail.com , chris@nordicasauna.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| NORDICA | | 98508861 | |

### Plaintiff(s)

| | |
|---|---|
| **Name:** | Nordic Sauna LLC |
| **Correspondent Address:** | CHRISTOPHER J DAY<br>DAY LAW FIRM<br>9977 N 90TH ST STE 155<br>SCOTTSDALE AZ UNITED STATES , 85258 |
| **Correspondent e-mail:** | chris@daylawfirm.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| NORDIC SAUNA | | 90274307 | 6497517 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 6 | TERMINATED | Apr 29, 2025 | |
| 5 | BD DECISION: OPP SUSTAINED | Apr 29, 2025 | |
| 4 | W/DRAW OF APPLICATION | Apr 22, 2025 | |
| 3 | INSTITUTED | Apr 18, 2025 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Apr 18, 2025 | May 28, 2025 |
| 1 | FILED AND FEE | Apr 18, 2025 | |