# EXHIBIT F

| | |
|---|---|
| Document title: | Home - Nordic Sauna |
| Capture URL: | https://web.archive.org/web/20241104101614/https://nordicsauna.com/ |
| Page loaded at (UTC): | Wed, 06 Aug 2025 03:35:53 GMT |
| Capture timestamp (UTC): | Wed, 06 Aug 2025 03:38:01 GMT |
| Capture tool: | 10.58.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 6 |
| Capture ID: | uKo2gC9t5zALUw2JCHhKpf |
| Display Name: | tchow |

PDF REFERENCE #:    wtruVyKnrvqGzqphFsSpsw





A RENOWNED BRAND

# Nordic Sauna has been family owned and operated since 1963.

Learn Our History


Custom Saunas


Indoor Modular Saunas


Outdoor Saunas











Since 1963, Nordic Sauna has been at the forefront of crafting premium saunas with an unwavering commitment to quality, innovation, and the timeless tradition of Nordic wellness. Every sauna we build reflects a dedication to creating the ultimate thermal bathing experience.

## Our Recent Custom Sauna Builds

View Portfolio





# Builds

View Portfolio



Custom Outdoor Sauna

## WE'RE HERE TO HELP

# Request a Consultation

Let our team guide you from beginning to end, creating a custom solution tailored to your specifications.

Request A Consultation

Our Process | About Us | Design + Consulting | Blog | Custom Saunas | Indoor Modular Saunas

Shipping Policy | Privacy Policy | Return Policy | © 2024 Nordic Sauna

Document title: Home - Nordic Sauna
Capture URL: https://web.archive.org/web/20241104101614/https://nordicsauna.com/
Capture timestamp (UTC): Wed, 06 Aug 2025 03:38:01 GMT
Page 5 of 5