# EXHIBIT G

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2025-08-08 20:00:22 EDT |
| **Mark:** | NORDIC SAUNA |

NORDIC SAUNA

| | | | |
|---|---|---|---|
| **US Serial Number:** | 99193572 | **Application Filing Date:** | May 20, 2025 |
| **generalStatus.filedAsBaseApp!:** | Yes | **generalStatus.currentlyAsBaseApp!:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |
| **TM5 Common Status Descriptor:** |  | LIVE/APPLICATION/Awaiting Examination  The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner. | |
| **Status:** | New application awaiting assignment to an examining attorney. See current trademark processing wait times for more information. | | |
| **Status Date:** | May 20, 2025 | | |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | NORDIC SAUNA |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Saunas; Bathtubs for ice baths; Sauna heaters; Infrared saunas; Sauna accessories, namely, sauna controls, sauna door handles, sauna heater guards, sauna humidifiers, sauna vents, sauna back rails and sauna heater rocks | | |
| **International Class(es):** | 011 - Primary Class | **U.S Class(es):** | 013, 021, 023, 024, 031, 034 |
| **Class Status:** | ACTIVE | | |
| **First Use:** | Sep. 18, 1974 | **Use in Commerce:** | Sep. 18, 1974 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | NORDIC SAUNA, LLC |
| **Owner Address:** | 14831 Bessemer Street |

Van Nuys, CALIFORNIA UNITED STATES 91411

| | | | |
|---|---|---|---|
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | CALIFORNIA |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Michael N. Cohen | **Docket Number:** | 2933-01 |
| **Attorney Primary Email Address:** | mcohen@cohenip.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | Michael N. Cohen<br>COHEN IP LAW GROUP PC<br>9025 Wilshire Blvd. Suite # 301<br>Beverly Hills, CALIFORNIA United States 90211 |
| **Phone:** | 1-(310) 288-4500 |
| **Correspondent e-mail:** | mcohen@cohenip.com  admin@cohenip.com |
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| May 20, 2025 | APPLICATION FILING RECEIPT MAILED | |
| May 20, 2025 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | Not Found | **Date in Location:** | Not Found |