**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| NORDIC SAUNA, LLC, a California Limited Liability Company,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>NORDICA SAUNA, LLC, a Wyoming Limited Liability Company; CHRIS TESTER, an individual; and DOES 1-10.<br><br>　　　　　Defendants. | Case No. 2:25-CV-05713-JAK-PVCx<br><br>**ORDER GRANTING DEFENDANT NORDICA SAUNA, LLC'S *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY**<br><br>**[NOTE CHANGES MADE BY THE COURT]** |

　　　Defendant Nordica Sauna, LLC ("Defendant" or "Nordica") requests a 30-day extension of the deadline to respond to Plaintiff's (1) First Set of Requests for Production, (2) First Set of Interrogatories, and (3) First Set of Requests for Admission (collectively, "Plaintiff's Discovery Requests").

　　　Upon consideration of the Defendant's *Ex Parte* Application and any opposition or reply thereto, it is hereby ORDERED that Defendant's *Ex Parte* Application for an extension of time to respond to Plaintiff's Discovery Requests is GRANTED, IN PART. Defendant has up to and including January 12, 2026 to respond to Plaintiff's Discovery Requests. If additional time is required beyond this date to respond, Plaintiff shall file a new request, pursuant to the Local Rules of this Court.

　　　**IT IS SO ORDERED.**

Date: January 8, 2026

_____
HON. PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE